RECEIVED

MAR 27 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK



FILED

MAR 27 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

---

district court of the United States, Eastern District of California

| | |
|---|---|
| AVETIS SARKIS KOSHKARYAN, *registered trade name / business entity*, and | Case No. **1: 1 7 CV   0 0 4 4 3 AWI MJS** |
| Koshkaryan, Avetis Sarkis, *registered trade name holder and real party in interest,* | **VERIFIED AMENDED COMPLAINT in Equity** |
| Plaintiffs, | Trial by Jury demanded |
| v. | PLEASE TAKE JUDICIAL NOTICE of Exhibits pursuant to Rule of Evidence 201: |
| Carolyn Kuhl, in her personal capacity and John Doe Kuhl, husband and wife and their marital community, and | A:  Criminal Complaint & Affidavit of Obligation Claim No. AK2016-50706; B:  Notice of Fault, Opportunity to Cure, Claim No. AK2016-50706; |
| Jackie Lacey, in her personal capacity, and John Doe Lacey, husband and wife and their marital community, | C:  Notice of Default and Administrative Judgment/Certificate of Non Response, Claim No. AK2016-50706; D:  Declaration in Support; |
| Defendants. | E:  Copy Certification; F:  Trade Name registration. |

Plaintiff is unschooled in law, and notices the court of enunciation of principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than the form. The court must accept the complaint as long as the court can understand what the plaintiff wants, even if the plaintiff doesn't know all the rules of the court, and/or the correct jurisdictional citations.

### *FEDERAL QUESTIONS*

1.      1) "If the legislature provides penalties, and the judicial refuses to adjudge them, or is unable to do so, had not the State denied to the man, who is the victim of the violation of the legislative act, the

1   equal protection of the law?"

2   2) "If the constitution requires due process of law, and if due process of law requires proof of
subject matter jurisdiction on the record of the court, and if the court adjudicates without proof of
3   subject matter jurisdiction, has not the Court denied to the man, who is convicted without the benefit
of subject matter jurisdiction, the equal protection of the law?"

4   3) "Does due process of law under the 5th, 6th, and 14th Amendments to the Constitution for the
5   United States of America require judges and prosecutors, state and federal, to provide proof of
subject matter jurisdiction once subject matter jurisdiction has been challenged?"

6

7                                    JURISDICTION

8   2.   This is a civil action authorized by 42 U.S.C. §§ 1981, 1985(3), deprivation of rights under color of law,

9        and equitable rights secured by the Constitution of the United States.  This Court has jurisdiction under

10       28 U.S.C. §§ 1331, 1332, 1343(a)(3) & 1367 Supplemental Jurisdiction.  Plaintiffs seek declaratory relief

11       pursuant to 28 U.S.C. §§ 2201 & 2202.  Plaintiffs' claims for injunctive relief are authorized by 28 U.S.C.

12       §§ 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

                                         VENUE
13
     3.   The district court of the United States, Eastern District of California is an appropriate venue under
14
          28 U.S.C. § 1391(b)(2), defendants by virtue, albeit already in default, and the defendants are
15
          residents of STATE OF CALIFORNIA, and the amount in controversy exceeds Seventy-Five
16
          Thousand ($75,000.00).
17
     4.   This is a suit in Equity because all suits for the enforcement of liens, and all suits where the
18
          defendant has done, or is doing, or is threatening to do, some inequitable act to the injury of the
19
          plaintiff, where there is no adequate remedy therefor, are suits in equity.
20                                       PARTIES

21   5.   I, *Real Party in Interest,* hereby grant my name, Koshkaryan, Avetis Sarkis (hereinafter "Avetis

22        Sarkis"), to the court for the future return of the interest.

23   6.   Plaintiff AVETIS SARKIS KOSHKARYAN is a registered trade name/business entity within the

24        jurisdiction of the United States.

25   7.   Avetis Sarkis is the registered trade name holder of the trade name "AVETIS SARKIS

26        KOSHKARYAN." I also grant the trade name to the court for the future return of the interest. See

27        Exhibit F.

     8.   According to Plaintiff Avetis Sarkis's free will and right of dominion over his own body, blood,
28

Amended Complaint / Bill in Equity – Page 2

1   DNA, and all properties, and hereditaments, Avetis Sarkis makes claim to the same, and exercises

2   his right to the possession and control of the same.

3   9.   Avetis Sarkis is a private, non-statutory, non-citizen, de jure American in the de jure original

4   jurisdiction, not a "person," not a "resident," not a "citizen," not named in any U.S. or state "code,"

5   and not a "person" as defined in the Trading With the Enemy Act (TWEA) as modified by the

6   Emergency Banking Relief Act (EBRA), and therefore, diverse from the STATE OF CALIFORNIA

7   and the UNITED STATES INC. and their corporate actors.

8   10.   All defendants demonstrate residency in the jurisdiction of the UNITED STATES and do business

9   in CALIFORNIA.

10   11.   Defendants Carolyn Kuhl is employed at 14400 Erwin Street, Van Nuys, CA 91401, and is being

    sued in her personal capacity because she was operating in her ministerial capacity, enforcing

11   statutes, and, therefore, has no judicial immunity, nor immunity from a voluntary contract.

12   12.   Defendant Jackie Lacey is employed at 211 West Temple Street, #1200, Los Angeles, CA 90012.

13                                           FACTS

14   13.   This action started with an administrative remedy for civil rights violations committed by

15   government actors, acting under color of law outside of the scope of their authority, in conspiracy

16   with each other to deny a private American, a non-statutory, non-citizen private man of rights

17   guaranteed by the U.S. constitution.

18   14.   The defendants have already had an opportunity to challenge the claims made in the administrative

19   remedy, including that of possible immunity from suit, and failed to do so.

20   15.   The claim has now been reduced to a breach of contract as all defendants admitted, via their own

21   willful and voluntary default on the administrative process, that they are guilty and they owe the

22   amount requested by the plaintiffs, and they failed to object or state any claims of immunity.

23   *Von Hoffman v. City of Quincy*, 71 U.S. 4 Wall. 535 535 (1866) Page 71 U. S. 551 "Nothing
    can be more material to the obligation than the means of enforcement. Without the remedy,

24   the contract may, indeed, in the sense of the law, be said not to exist, and its obligation to
    fall within the class of those moral and social duties which depend for their fulfillment

25   wholly upon the will of the individual. The ideas of validity and remedy are inseparable,
    and both are parts of the obligation, which is guaranteed by the Constitution against

26   invasion. The obligation of a contract 'is the law which binds the parties to perform their
    agreement.'"

27   16.   Defendants injured Plaintiff Avetis Sarkis by inflicting loss of liberty, loss of income, loss of health,

28

Amended Complaint / Bill in Equity – Page 3

subjected him to dangerous conditions, excessive force, loss of family relationships, as indicated within the Affidavit of Obligation, but not limited thereto.

17. Plaintiff has a right to, and has been denied the right to enforce a contract, and to the right to the full and equal benefit of all laws and proceedings.

18. Plaintiffs serve defendants Carolyn Kuhl and Jackie Lacey via a third party, with a Criminal Complaint and Affidavit of Obligation Claim No. AK2016-50706 (see Exhibit A), on November 14, 2016, via Certified Mail No. 7015 0920 0002 2204 4901, for claims of fraud, lack of full disclosure, fraudulent coercive inducement into contract, violation of rights without subject matter jurisdiction, criminal violations and human rights violations.

19. Defendants are given 30 days to rebut the allegations.

20. Defendants Carolyn Kuhl and Jackie Lacey deny Plaintiffs' administrative remedy, refusing to respond to any of his pleadings or acknowledge their acts based upon a race and class based animus, see ¶ 5-9 above and facts on record in this litigation.

21. Plaintiffs serve defendants Carolyn Kuhl and Jackie Lacey via a third party, with a Notice of Fault Claim No. AK2016-50706, on December 21, 2016, by Certified Mail No. 7015 0920 0002 2204 5489, giving defendants an additional 10 days to rebut the facts in the Affidavit of Obligation. (See Exhibit B.)

22. Defendants Carolyn Kuhl and Jackie Lacey, again, fail to respond or otherwise rebut the allegations.

23. Plaintiffs have defendants Carolyn Kuhl and Jackie Lacey served via a third party, with a Notice of Default and Certificate of Dishonor/Administrative Judgment Nihil Dicit Claim No. AK2016-50706, on January 6, 2017, by Certified Mail No. 7015 0920 0002 2204 5649. (See Exhibit C.)

24. Defendants Carolyn Kuhl and Jackie Lacey, again, fail to respond or otherwise rebut the allegations.

25. Each defendant named herein is given three opportunities and the duty to intervene and correct their injuries to Plaintiff, but fail to do so, violating plaintiff's rights under the First Amendment to redress of grievance.

26. Plaintiffs have exhausted their non-statutory administrative remedies and come to this court of equity with clean hands and in good faith.

27. Plaintiffs have established "judgment in estoppel" against Defendants, as evidenced by the Certificate of Dishonor/Administrative Judgment Nihil Dicit, testified to by Eileen Raye, a public

1  minister, living on Riverside county, on California.  (See Exhibit C.)

2  28.  Plaintiffs' administrative remedy is *res judicata.*

3  29.  Failure of Defendants to respond in this matter is *stare decisis.*

4  30.  Plaintiffs' administrative remedy is ripe for judicial review, and there are no facts in controversy.

5  LAW & EQUITABLE CLAIMS

6  31.  Plaintiffs incorporate by reference ¶¶ 1-30 and Exhibits A-F.

7  32.  Plaintiff Avetis Sarkis has suffered irreparable injury by the acts of defendants.

8  33.  Plaintiffs are entitled to relief in this equitable claim.

9  34.  Defendants are in default and estopped for failure to respond to original administrative process.

10  35.  Defendants Carolyn Kuhl and Jackie Lacey have agreed they are in debt to plaintiffs in the amount of *Seventy-Eight Million Three Hundred Forty Thousand and no/100 United States Dollars ($78,340,000.00)* on Claim No. AK2016-50706.

12  36.  Plaintiffs have placed the facts and the law before this honorable court.

13

14  RELIEF SOUGHT

15  37.  Plaintiffs request judicial review of their administrative process and remedy.

16  38.  Plaintiffs request this court to find the facts and execute on the law of the contract before this court.

17  39.  Plaintiffs request summary judgment on their administrative remedy.

18  40.  Plaintiffs request the court to order Defendants Carolyn Kuhl and Jackie Lacey, jointly and

19  severally, and the Defendants' bonding companies, to pay the sum certain *Seventy-Eight Million*

20  *Three Hundred Forty Thousand and no/100 United States Dollars ($78,340,000.00)* over to

21  Plaintiffs, with interest at the rate of 1% per month on the unpaid balance.

22  41.  Plaintiffs request the court to release the Order of the Court to plaintiffs.

23  Respectfully presented by order of AVETIS SARKIS KOSHKARYAN and Avetis Sarkis.

24

25  VERIFICATION

26  I solemnly affirm under the Law of God and the Maxims of Equity that all statements set forth in the

27  foregoing Bill in Equity with Exhibits, are based upon my own firsthand knowledge and research, and are

28  true correct and complete, and executed in the United States of America (pursuant to 28 USC 1746).

1  true correct and complete.

2  Executed this _____8_____ day of _*March*_ _____, 2017; all rights reserved.

3

4  By . . .

5  . . . Koshkaryan, Avetis Sarkis, non-negotiable autograph

6  Private American; agent without recourse, registered name holder of
   KOSHKARYAN, AVETIS SARKIS,

7  d/b/a AVETIS SARKIS KOSHKARYAN
   c/o Temporary mail location:

8  c/o #F77175
   P.O. Box 8500

9  Coalinga, California  Zip code excepted

10

11                    **QUORUM OF WITNESSES**

12  Subscribed and sworn before us this _____8_____ day of _*March*_ _____, 2017.

13                                      Rivera, Jose

14                                      24863 West Jayne Ave., Coalinga, California

15  Witness Signature                   Print witness name and location

16                                      Oganes, Keshishyan

17                                      24863 West Jayne Ave, Coalinga, California
   Witness Signature                   Print witness name and location

18

19

20

21

22

23

24

25

26

27

28

Amended Complaint / Bill in Equity – Page 6

district court of the United States, Eastern District of California

AVETIS SARKIS KOSHKARYAN, *registered trade name / business entity*, and

Koshkaryan, Avetis Sarkis, *registered trade name holder and real party in interest,*

Plaintiffs,

v.

Carolyn Kuhl, et. al.,

Defendants.

Case No.

**PROPOSED ORDER**

## ORDER

AND NOW, upon a review and determination of Plaintiff's Amended Complaint and exhibits, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Plaintiffs' administrative process was done correctly. Defendants failed to respond, and instead remained silent. Therefore, the law of the contract stands. The judgment is ordered as follows:

Defendants Carolyn Kuhl and Jackie Lacey and their bonding companies are ordered to pay the Plaintiffs the amount of *Seventy-Eight Million Three Hundred Forty Thousand and no/100 United States Dollars ($78,340,000.00)*, jointly and severally, per the agreement of the parties, plus 1% interest per month on all unpaid balances.

The Order of the Court is released to the Plaintiffs.

Done this _____ day of _____, 201__.

_____
JUDGE

Order, Case No. _____ _____

# EXHIBIT A

## CERTIFICATE OF SERVICE/COPY CERTIFICATION BY DOCUMENT CUSTODIAN

The undersigned Declarant, being over the age of 18 and competent to testify, and having firsthand knowledge of the facts stated herein, do hereby certify the documents attached to this Certificate of Service/Copy Certification and listed below are true and correct copies of the originals, and are records of acts, events and documents kept in regard to a regularly conducted activity, were made at the time the events occurred, are kept in the course of a regularly conducted activity of a business, are a regular practice of that activity, and are presented pursuant to Federal Rules of Evidence, Rule 803(6) Exceptions to the Rule Against Hearsay, and Rule 902(11) Evidence that is Self-Authenticating, and corresponding state Rules of Evidence. Further, it is hereby certified that on the date noted below, the undersigned caused to be served upon:

Carolyn Kuhl, dba presiding judge
c/o 14400 Erwin Street
Van Nuys, CA 91401
Certified Mail No. 7015 0920 0002 2204 4901

Jackie Lacey, dba prosecutor
c/o 14400 Erwin Street
Van Nuys, CA 91401
Certified Mail No. 7015 0920 0002 2204 4901

hereinafter, "Recipients," the following itemized documents pertaining to Avetis Sarkis Koshkaryan, Claim No. AK2016-50706, which documents are hereby **certified to be true, correct and complete copies of the originals,** which originals are, at this current time, in my possession as the document custodian:

1.  Affidavit of Obligation for Claim upon Public Hazard Bonds / Demand for Release;
2.  reference copy of this Certificate of Service (signed original on file).

by the above-noted certified mail numbers, by placing same in a postage pre-paid envelope properly addressed to Recipients at the addresses indicated above, and depositing same in an official depository of the United States Postal Service corporation. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Eileen Raye_                                                    Date ___11/14/16___

Eileen Raye, Public Minister
c/o Temporary Mail Location
c/o P.O. Box 5043
on Hemet, on California
on North America
Zip excepted

THE ATTACHED DOCUMENTS ARE PRIVATE, NOT FOR PUBLIC FILING.
TO BE DISTRIBUTED TO THE ADDRESSEES ONLY.

Case 1:17-cv-00443-AWI-MJS  Document 1  Filed 03/27/17  Page 9 of 51

| English | Customer Service | USPS Mobile | | Register / Sign In |

 **USPS.COM®**

# USPS Tracking®

Still Have Questions?
Browse our FAQs ›

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70150920000222044901

Expected Delivery Day: Wednesday, November 16, 2016

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 16, 2016 , 10:34 am | Delivered, Front Desk/Reception | VAN NUYS, CA 91401 |

Your item was delivered to the front desk or reception area at 10:34 am on November 16, 2016 in VAN NUYS, CA 91401.

| November 16, 2016 , 12:06 am | Departed USPS Facility | SANTA CLARITA, CA 91383 |
|---|---|---|
| November 15, 2016 , 9:58 am | Arrived at USPS Facility | SANTA CLARITA, CA 91383 |
| November 14, 2016 , 10:32 pm | Departed USPS Facility | SAN BERNARDINO, CA 92403 |
| November 14, 2016 , 7:35 pm | Arrived at USPS Origin Facility | SAN BERNARDINO, CA 92403 |
| November 14, 2016 , 10:09 am | Acceptance | HEME |

## Track Another Package

Tracking (or receipt) number



| | |
|---|---|
| Avetis Sarkis Koshkaryan, a Man, | This is a National Commercial Filing |
| | A SECURITY (15 USC) |
| Claimant, | AK2016-50706 |
| | This is a U.S.S.E.C. Tracer Flag |
| v. | Not a Point of Law.[1] |
| | Read Attached Appendix A |
| Jackie Lacey, dba prosecutor, all successors or assigns, and | |
| | CRIMINAL COMPLAINT & |
| Carolyn Kuhl, dba presiding judge, all successors or assigns, | AFFIDAVIT OF OBLIGATION FOR |
| | CLAIM UPON PUBLIC HAZARD BONDS |
| Respondents, all in their personal capacities. | DEMAND FOR RELEASE |

This is a Private International Notice of Claim in the Admiralty, Without the United States

This Claim is in regard to criminal acts and human rights violations committed by the above noted actors in LOS ANGELES COUNTY SUPERIOR COURT - NORTHWEST DISTRICT in Case No(s) LA050706-01-A & BA277975-01-A. The above-named Respondents are the current office holders with the ability and responsibility to correct any prior rights violations. Respondents can correct this matter sua sponte, or can stand behind what has already been done and take full responsibility and liability against your bonds. It is your decision to make. I am only asking for justice. I and/or others have petitioned to vacate what is lawfully a void judgment, and in all cases the judges have outright denied the hearing, which is a denial of due process, therefore, I cannot expect justice in court and must create my own remedy.

The legal maxim that ignorance of the law is no excuse is applicable to judges and prosecutors, so if you say you can't understand this claim, or the law explained herein, you are admitting you are not qualified to hold the office you hold. If you do not understand subject matter jurisdiction and the requirements thereof, you should be fired immediately, so whether you ignorantly denied the Claimant due process and violated subject matter jurisdiction, or did it deliberately, you should lose your jobs, and if you do not correct your errors, you very likely will lose your jobs, so treat this claim seriously, because you do not have immunity when you violate subject matter jurisdiction. When you act without subject matter jurisdiction, you are personally liable.

In recognition of your service to the community, I accept the Respondents' Oaths to the constitutions. We now have a contract between us, whereby I require you to remain within the confines of the Declaration of Rights preceding and attaching to the constitution for the United States and to the constitution for the California Republic. You made an offer to the public that you would uphold the constitutions for the State and the United States in consideration for the opportunity to serve the public and receive compensation from the public coffers for doing so. I accept your offer as a contract between us, whereby I require you to perform according to your Oaths. Now we have offer, acceptance (meeting of the minds) and consideration, and as the constitutions say, "This oath shall be binding upon your conscience." Not knowing the parameters of the Oaths you have sworn to uphold is dereliction of duty. The said constitutions forbid the government, at any level, from impairing the obligation of contract. Therefore, any law which has been passed by a government, may not impair our contract, meaning you are obligated to uphold My Rights. If you do not have an Oath or a bond, you are guilty of impersonating an official, which is a felony and leaves you without immunity. People who have taken oaths to uphold the state and national constitutions should know and reside within the limits of their authority.

If you have no Oath, and/or if you have no bond on file, you are impersonating a public officer, and have no immunity, and are not protected by statutes which appear to give you some immunity and protection from such things as liens against public officers. A person to fill a term of office is not permitted to assume the duties of the office until he files a bond and oath of office. which must be done before the commencement of the term, or the office shall be deemed vacant. See *People v. Quimby*, 152 Colo. 231, 381 P.2d 275 (1963). "The people are masters of both Congress and courts, not to overthrow the Constitution, but to overthrow the men who pervert it." Abraham Lincoln.

---

[1] One definition of "A SECURITY" is "any evidence of debt."

I am currently in prison as a result of Rights violations committed under color of law by the above official actors or their predecessors, whereby the Respondents have the authority to correct the results of the unlawful acts committed by their predecessors, and whereby failure to correct makes the Respondents just as guilty as the officers who perpetrated the crimes. I am suffering continuing Rights violations and loss of Liberty by said actors. Anyone named above who was not directly involved, but who, after being notified of these Rights violations, fails to correct these violations, becomes equally responsible for the Rights violations, for failure to correct. All above named Respondents are jointly and severally liable to Claimant.

While this is an adversarial process, it is pre-judicial and administrative in nature, pursuant to the Administrative Procedures Act. This is your opportunity to correct the human rights violations and constitutional and international law violations which I shall point out herein. It is my hope we can reach an amicable agreement which will result in an acceptable remedy for me, the injured party. This is your opportunity to either rebut the allegations and facts presented herein, with actual evidence, or comply with the remedy I am requesting, or let it go into default and pay the damages. Part of that remedy is a claim upon your good-faith public hazard bond.

Rights violations are a serious matter, which is the reason you are required to be bonded/insured against such claims. You may have immunity from lawsuit, but you do not have immunity in regard to your bonds. Any dishonest act, any act outside the scope of your authority, qualifies as a claim against your bond. For these reasons, it is imperative you read this entire claim and act accordingly.

Upon your failure to rebut, on a point-for-point basis as further specified herein, or to comply with the remedy demanded, it is your DUTY to report this claim against your bond to your bonding company. Failure to do so is a felony. In commerce, it is a felony for the Officer of a Political/Public Office to not receive and report a Claim to its Bonding Company, and it is a felony for the agent of a Bonding Company to fail to pay the Claim. If a Bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within sixty (60) days, then it must pay the full face value of a defaulted Lien process (at 90 days).

This CLAIM AGAINST YOUR BOND is filed pursuant to the right of the People to be reimbursed for injuries received by government actors who exceed the scope of their authority.

Claimant complains herein of Rights violations and crimes committed against Claimant by the Respondents, or their predecessors. "A [government] defendant may be personally involved in a constitutional deprivation in several ways: (1) direct participation; (2) failure to remedy the wrong after learning about it; (3) creation of a policy or custom under which unconstitutional practices occur; or (4) gross negligence in managing subordinates who caused the violation. Williams, 781 F.2d at 323-24." *Gallegos v. Haggerty*, Northern District of New York, 689 F.Supp. 93.

### SPECIFIC PERFORMANCE -- HUMAN RIGHTS & FREEDOM VIOLATIONS

The following claims represent 35 individual rights violations pursuant to 18 USC 241, with a penalty of $10,000 per violation, per actor.

| | | | |
|---|---|---|---|
| A. | Violation of Oath or felony Impersonation of a Public Officer, as applicable; | S. | Falsification of accounts by public officer; |
| B. | Breach of Fiduciary Duties; | T. | Kidnaping; |
| C. | Constructive treason; | U. | Human trafficking; |
| D. | Sedition; | V. | False imprisonment; |
| E. | Felony perjury; | W. | Racketeering; |
| F. | Trespass upon the law; | X. | Identity theft; |
| G. | Malfeasance of office; | Y. | Securities fraud; |
| H. | Due process violations; | Z. | Entrapment; |
| I. | Conducting a sham legal process; | AA. | Involuntary servitude; |
| J. | Misapplication of codes; | BB. | Unlawful conversion; |
| K. | Fraud upon the court; | CC. | Unjust enrichment; |
| L. | Obstruction of justice; | DD. | Criminal mis-characterization and mis- representation of my being and political status; |
| M. | Deprivation of Rights under color of law; | EE. | Violation of the 13th Amendment to the U.S. Constitution; |
| N. | Conspiracy against Rights; | FF. | Domestic terrorism; |
| O. | Conflict of interest; | GG. | Putative Fraud; |
| P. | Felony misappropriation of funds; | HH. | Dishonest Services thru scheme or artifice to defraud, 18 USC § 1346; |
| Q. | Theft by deception; | | |
| R. | Failure to disclose financial dealings in Claimant's name; | II. | Simulating legal process by private corporate actors. |

### ☞ CLAIM UPON PUBLIC HAZARD BONDS

This instrument is an *Affidavit of Obligation* in regard to your public hazard bond. This *Affidavit of Obligation* is a commercial instrument arising from a private or public contract, either express, constructive, and/or implied, which exists by the express, constructive, and/or implied consent of the Respondents, having accepted the liabilities to the private sector when they took their Oaths to the constitutions. Therefore, this *Affidavit of Obligation* is a consensual claim against your public hazard bond, not against your personal assets. However, in the event your public hazard bond is not sufficient to cover the damages itemized herein, then you will be personally liable for the balance. If not rebutted as required herein, this *Affidavit of Obligation* becomes a Private Security Agreement between the parties.

This process arises from the necessity to guarantee specific performance (oath) of the Respondents. In order to function in the fictional capacity of a government officer, a living man/woman must swear an oath of office to uphold and defend the constitutions, state and national, and maintain a good-faith bond, and produce both upon demand. Respondents have taken this oath in the public to get the trust of the private people. Respondents took this oath so the people can trust them to function in this public capacity and this is to inform you that you are not going to overthrow what was created to protect those of us in the private.

Commercial processes (including this Affidavit and the required responses to it from the Respondents) are NON-JUDICIAL

and pre-judicial because: a) no judge, court, government or any agencies thereof, or any other third parties whatsoever, can abrogate anyone's affidavit of truth; and 2) only a party affected by an affidavit can speak and act for himself and is solely responsible for responding with his own affidavit of truth, which no one else can do for him. If I took this back to the court that defrauded me, with a motion to vacate, the judge would "deny, deny, deny," because he can, and he will not admit to the corruption of the system that feeds him, leaving all persons injured by the system, totally dependent on the same system for remedy, thus an act of futility. There is no justice within a system which is part of a conspiracy against Rights. Fortunately, commercial remedies are older than judicial remedies. Therefore, I must resort to a commercial remedy available to the people, which is outside the judicial system, and which cannot be usurped by corrupt judges.

**Maxims:**
- Guaranteed – All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit.
- All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses, hence, governments cannot exercise the power to expunge commercial processes.
- Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.
- Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.
- A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.
- Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.
- It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or without the Court.
- An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.
- An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a commercial claim without proper cause, becomes a debtor and his/her bond becomes forfeited as the pledge to secure the claim. Pound breach (breach of impoundment) and rescue is a felony.
- It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial claim. Only the Claimant or a Jury can dissolve a commercial claim.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS. All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prima facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. Produce the evidence.

TRESPASS. All parties to the Contract agree that a hostile presentment by the defaulting party to Claimant or assignee, either written or oral, is a criminal act in violation of the Administrative Procedures Act and a trespass upon the Contract. Any party or parties not named in this Claim who take it upon themselves to interfere will be joined and added to a list of Successor Sureties, and will become jointly and severally liable on this Claim.

RESPONDENT'S RESPONSIBILITY TO RESPOND. Upon receipt of this *Affidavit of Obligation*, Respondents have thirty (30) days from the date of receipt, plus three days grace for mailing, in which to respond. Your options are to 1) release the prisoner and perform as specified herein, or 2) rebut or correct any errors contained within this *Affidavit of Obligation*, particularly the items numerated in all the paragraphs under Section II Statements of Fact and Allegations, by your own Affidavit sworn true, correct and complete, based on your own Commercial Liability.

TERMS OF RESPONSE. Mere denials will not suffice as an answer, and will be considered a non-response. Any reply to this *Affidavit of Obligation*, other than a verified point-for-point response sworn under full commercial liability, with supporting evidence attached, is deemed by agreement of the parties to be a willful non-response thus constituting your agreement to the claims herein and your acceptance of all liabilities in this matter.

FAILURE TO STATE A CLAIM. If you fail to exhibit a superior claim with evidence contradicting the allegations and facts stated herein, you agree to the issuance of Judgment in favor of the Claimant. Your failure to rebut this *Affidavit of Obligation* by affidavit of your own, answering on a point-for-point basis with attached evidence, will comprise your agreement that all issues are deemed settled res judicata, stare decisis, that you are collaterally estopped, that the matter is not subject to appeal, and you are agreeing to holding all liability in this instant matter. Failure to state a claim is irrevocable, having had the opportunity and failed to plead. The common law doctrine of estoppel by acquiescence is applied when one party gives legal notice to a second party of a fact or claim, and the second party fails to challenge or refute that claim within a reasonable time. See your own rules: Federal Rules of Civil Procedure Rules 8(d) and 12(g).

DEFAULT. Failure to respond pursuant to the said Terms of Response or specifically perform under the provisions of this *Affidavit of Obligation* will comprise your default. As an operation of law, the presumption will be taken upon the public records that you freely agree with all the points and authorities contained in this *Affidavit of Obligation*, as the terms of our contract, and will comprise your agreement, consent and confession to all of the terms, statements and facts herein and herewith. Your default is your stipulation that the Claimant has exhausted his/her administrative remedies, and your consent to the claim upon your bond, as well as your waiver of any and all rights to thereafter state a claim in the matter. Failure to respond will constitute a nihil dicit judgment. A nihil dicit judgment is final, therefore, failure to respond in the time specified will constitute an irrevocable default judgment in the amount specified herein.

CONVERSION OF LIABILITY. Upon your default, you agree to accept total liability for all unresolved obligations in this matter as Holder in Due Course and/or Debtor in Possession, and to satisfy all such liabilities commercially or with personal

corporeal labor, service, of equivalent value until fully paid.

TERMS OF THE CONTRACT: Upon your default, you agree the Claimant's unalienable Rights/Liberties were violated without due process of law, Claimant was incarcerated without subject matter jurisdiction, causing irreparable injury Claimant, and in so doing, or by failing to correct, Respondents have violated their Oaths to the Constitutions, and now owe a debt to the Claimant, and are required to release Claimant from incarceration and probation/supervision as applicable.

☞ WAIVER OF RIGHTS. Being fully informed as to the consequences of a default, should Respondents fail to timely respond in proper form as instructed above, Respondents do knowingly, intelligently and voluntarily consent, agree and confess to waive any and all rights to raise a controversy, appeal, object to, or controvert administratively or judicially any of the terms and provisions in this Contract or the estoppel. Upon Default, you and your agents may not argue, controvert, or protest the finality of the administrative findings to which you have agreed, within the admiralty or otherwise in any subsequent process, administrative or judicial, unless such Waiver of Rights is declined in writing. Any such argument or controversy will comprise your confession to Perjury, Enticement to Slavery and various crimes against humanity. To facilitate your strict compliance with all of the terms of the Contract, in the event of your default, by remaining silent, you give unlimited power of attorney to Claimant to sign and execute for you regarding enforcement of your obligations under this Contract. In that event, you instruct and authorize the Claimant to execute Respondents' signatures in representative capacity on a certain *Self-Executing Power of Attorney* document.

For your protection, non-performance may be certified and recorded in the public record as evidence that Claimant has exhausted all administrative remedies and that Respondents have elected to waive all rights to raise a controversy or claim immunity from collection proceedings, having declined the opportunity to plead. You may wish to consult counsel familiar with public policy and the commercial implications of my security interest.

☞ **SEND RESPONSE TO:** Send your response to the following third party witness, who will certify your response, or lack thereof. Failure to respond in care of this mail location will comprise a non-response, resulting in a Notice of Default. **Please NOTE:** neither the Claimant herein, nor the Public Minister below, are "residents" of District of Columbia, therefore, any mail addressed to an all uppercase name (corruption of name), or using a two letter state abbreviation or a ZIP Code will be rejected, and will comprise a non-response, as we are not volunteering to provide you evidence of residency by receiving mail mis-addressed to a "federal zone." Section 122.32 at 55 of the U.S. Postal Service Domestic Mail Manual, the use of a zip code remains voluntary. Carefully direct your response to the following exactly as written:

Eileen Raye, Public Minister
c/o Temporary Mail Location:
c/o P.O. Box 5043
on Hemet, on California  Zip code excepted
Non-Domestic Mail/North America

The eternal, unchanged principles of Commercial Law are:
   a)   A workman is worthy of his hire.  (Thou shalt not steal.)
   b)   All are equal under the law.  (No one is above the law.)
   c)   In Commerce, truth is sovereign.  (Thou shalt not bear false witness.)
   d)   Truth is expressed in the form of an affidavit.
   e)   An unrebutted affidavit stands as truth in Commerce.
   f)   An unrebutted affidavit becomes the judgment in Commerce.
   g)   All matters must be expressed to be resolved.
   h)   He who leaves the battlefield first loses by default.
   i)   Sacrifice is the measure of credibility (No willingness to sacrifice = no liability, responsibility, authority or measure of conviction.)
   j)   A lien or claim can be satisfied only through an affidavit by a point-for-point rebuttal, resolution by jury or payment.

California state   )
                   ) ss                    **AFFIDAVIT**
Fresno county      )

I, the natural Living man presenting testimony herein, the undersigned Affiant/Claimant, of the age of majority and competent to testify, with firsthand knowledge, do depose and state as follows:

## I. PARTIES

The Claimant/Affiant is:

Avetis Sarkis Koshkaryan
c/o Temporary Mail Location:  Non-assumpsit/TDC:
c/o F77175
c/o 24863 West Jayne Avenue
P.O. Box 8500
on Coalinga, California  Zip code excepted
on North America

The Respondents are:

Carolyn Kuhl, dba presiding judge,
all successors and assigns
c/o Clerk of Court
SUPERIOR COURT - NORTHWEST DISTRICT
14400 Erwin Street
Van Nuys, CA 91401

Jackie Lacey, dba prosecutor
all successors and assigns
c/o Clerk of Court
SUPERIOR COURT - NORTHWEST DISTRICT
14400 Erwin Street
Van Nuys, CA 91401

## II. STATEMENT OF FACTS AND ALLEGATIONS

1. The United States Supreme Court held in *Carter v. Carter Coal Company*, 296 U.S. 238, 297:

> "And the Constitution itself is in every real sense a law – the lawmakers being people themselves, in whom under our system all political power and sovereignty primarily resides, and through whom such power and sovereignty primarily speaks. It is by that law, and not otherwise, that the legislative, executive, and judicial agencies which it created exercise such political authority as they have been permitted to possess. The Constitution speaks for itself in terms so plain that to misunderstand their import is not rationally possible. 'We the People of the United States' it says, 'do ordain and establish this Constitution.' Ordain and establish! These are definite words of enactment, and without more would stamp what follows with the dignity and character of law. The framers of the Constitution, however, were not content to let the matter rest here, but provided explicitly – 'This Constitution, and the Laws of the United States which shall be made in Pursuance thereof, . . . shall be the supreme Law of the Land.' (Const. art. 6, cl. 2). The supremacy of the Constitution as law is thus declared without qualification. That supremacy is absolute; the supremacy of a statute enacted by Congress is not absolute but conditioned upon its being made in pursuance of the Constitution. And a judicial tribunal, clothed by that instrument with complete judicial power; and therefore, by the very nature of the power, required to ascertain and apply the law to the fact in every case or proceeding properly brought for adjudication, must apply the supreme law and reject the inferior statute whenever the two conflict."

## CLAIMANT'S STANDING

2. The American People, creators of the Declaration of Independence, United States of America, and Constitution for the United States of America, are the supreme political authority in America, *to wit:* (1) "Sovereignty itself is, of course not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated [by the people] to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." *Yick Wo v. Hopkins and Woo Lee v. Hopkins,* 118 US S.Ct. 356. [Emphasis added.] (Want to argue with the Supreme Court?) (2) "The sovereignty of the United States resides in the people, and Congress cannot invoke the sovereignty of the people to override their will as declared in the Constitution . . ." *Perry v. United States,* 294 US 330 (1935)

3. Claimant is a living being. The flesh lives, the blood flows, and I demand remedy, maintenance and cure. I am not the artificial, incorporated "person" defined in any code. Per the above, I am a holder of the office of "the People," a private, unincorporated, non-citizen, non-subject American.

4. Claimant was born on the Land of America as one of the free, sovereign and independent People of the United States, beneficiary of the Declaration of Independence and the Constitution for the United States of America. Declarant is a covenantee to the Land, the covenantors to the Land being the Declaration of Independence, Articles of Confederation, Constitution for the United States of America, Northwest Ordinance, and the Framers of those documents.

5. Claimant/Real Party in Interest Avetis Sarkis Koshkaryan, a private, unincorporated, non-citizen American, one of the sovereign people and not a U.S. citizen/subject or citizen belonging to the United States, hereby releases the Respondents from the obligation of treating the Claimant as an enemy of the state pursuant to the Trading with the Enemy Act, which is only applicable to artificial entities and U.S. citizens.

6. Any powers of attorney, assumed or presumed, real or imagined, knowingly or unknowingly granted by Claimant to any government agency, entity or official is hereby revoked nunc pro tunc to beginning.

7. I reserve my right to common law and equity. I am not the "person" defined in government statutes as charged. I am not a party to any valid international maritime contract, and I reserve my right not to be compelled to perform to the terms of any unrevealed contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally, and with full disclosure as to what rights were being waived. Furthermore, I do not accept the liability associated with the compelled benefit of any unrevealed contract or commercial agreement.

8. Claimant is unaware of being a party to any valid contract with any government agency or department which was entered into knowingly, willingly, voluntarily, with full disclosure, without trickery or deceit, wherein lawful consideration was received, both parties signed, both parties were equal parties to the contract, and which is a lawful contract under common law being backed by lawful specie, and believes no such evidence exists. If Respondents have evidence to the contrary, produce it.

9. The plan to make all free and independent Americans into U.S. citizen/slaves: It has come to my attention that due to my participation in a government scheme, which was presented to me as a mandatory law, and which I now find was totally voluntary, yet misrepresented to me in all aspects, that being the social security ponzi scheme proffered by the government, that the government has presumed to change my status to the following: Member of the class known as *Federal personnel, US government employee,* political franchisee with residence, for certain legal purposes such as taxation, licensing and a

species of criminal jurisdiction not provided for by law, in the District of Columbia, citizen of the federal government, and so-called *individual, citizen of the United States,* and *person* with civil rights conferred by U.S. government, wage-slave liable to income tax and subject to the absolute legislative, judicial, and executive power and jurisdiction of the U.S. government, and *taxpayer*, i.e., converting my name to AVETIS SARKIS KOSHKARYAN, both of the subject and of the object of the revenue laws of the United States and the subject of all legislation within the District of Columbia.

10.  These are false assumptions, as the courts have ruled that social security is neither a contract, nor insurance, and therefore, no such status can attach as a result of said social security number, especially in light of the fact that <u>government presented the social security number as being mandatory, and therefore, its acceptance on my part was not voluntary</u>. It was a compelled benefit, and a questionable benefit at that. I was not informed that per §§ 1101(a)(1), (2) of the Social Security Act, only residents of the District of Columbia or territories of the United States are eligible therefor; nor was I told that by applying for what was fraudulently presented to me as a mandatory requirement of a social security number, I was *volunteering* to be considered as a resident of the District of Columbia. In exchange for a SSN, I unknowingly "consented" to allow the U.S. government to exercise absolute legislative, judicial and executive power over, among other things, my life, liberty and property, an unconscionable bargain, thereby altering my position to my injury and risk, relinquishing, unintentionally, *right of property* of my labor, earnings, and wealth and suffering loss of a substantial portion thereof based on representations from numerous disparate promoters, all of which run to U.S. government – *e.g., "You can't get a job without a social security number," "We require a social security number for a 1099 before we can pay you," "You can't remove your newborn from the hospital until he has a social security number," etc.* – and willful concealment of material risks, duties, and facts in the Social Security agreement.

11.  Fraud vitiates any agreement. *Ignorantia facti excusat.* Acts done and contracts made under mistake or ignorance of a material fact are voidable and relievable in law and equity. 2 Kent Comm. 491. Notwithstanding the fact I have paid into social security, and therefore, I must be made whole, the unconscionable social security agreement is hereby voided, and my status is restored to that of a free and sovereign, independent American, nunc pro tunc to the day the SS agreement was signed.

12.  So-called *privileges and immunities* do not attach to *sovereigns*, i.e., the Claimant as one of the American People (nontaxpayers). *Privileges and immunities* only attach to *subjects* and *citizens* (taxpayers), i.e., residents, actual or legal, of territory/places/property belonging to the United States are so subject.

13.  Claimant is not subject to the *protection of the statutory laws,* as the American People, via the Constitution, authorize Congress to exercise personal legislative power via enactment of statutory law – but only over persons residing in (1) the District of Columbia, (2) "all Places purchased," and (3) "Territory or other Property belonging to the United States."

14.  Claimant, as an American making his home on one of the respective Union states, is a constituent member of that certain body corporate and real and natural sovereign corporation known as *the good People of these Colonies,* successor sovereign to King George III of England and trustor of that certain voluntary trust known as *the United States of America,* under that certain declaration of trust known as *The unanimous Declaration of the thirteen united States of America* of July 4, 1776, and joint tenant in sovereignty who, in personal capacity as one of *the People* and beneficiaries of said trust, is a <u>self-protecting</u> (*ref.* 2nd Amendment), <u>self-governing</u> (*Chisholm v. Georgia,* 2 US (2 Dall.) 419, 472 (1793)) <u>sovereign</u> (*Perry v. U.S.,* 294 US 330 (1935)) who enjoys all unalienable Rights with which all men are endowed by their Creator, among which are Life, Liberty and the pursuit of Happiness – and *nontaxpayer,* i.e., without the scope of the revenue laws of the United States, under common law, free of subjection to statutory law, the grasp of executive power and interference from government servants.

15.  When arrested, Claimant was privately living outside a "Federal District" within a non-military occupied private estate not subject to the "United States" and is excluded from the definition of " person" in 12 U.S.C. 95b and 50 U.S.C. App. 5.

## RESPONDENTS' STANDING

16.  LOS ANGELES COUNTY SUPERIOR COURT - NORTHWEST DISTRICT and LOS ANGELES COUNTY PROSECUTOR'S OFFICE are private, for-profit corporate entities having nothing to do with the *de jure* republic of the people. The Court is merely a for-profit corporation as opposed to a *de jure* court of the people. All are for-profit corporations listed on Dun & Bradstreet and Manta, having EINs, DUNS numbers and CAGE Codes (Commercial and Government Entity number issued by the Defense Logistics Information Service of the Department of Defense), and they are operating in commerce, for profit. The court receives an income stream from every conviction, which is a huge conflict of interest. They have no more authority over the People than Disneyland.

17.  Pursuant to the *Clearfield Doctrine,* Respondents are operating as agents of a private corporation, with no more authority over the Claimant than Dairy Queen. "When governments enter the world of commerce, <u>they are subject to the same burdens as any private firm or corporation</u>." *FHA. v. Burr.* 309 U.S. 22; See 22 U.S.C.A. 286e. *Bank of U.S. v. Planters Bank of Georgia.* 6 L. Ed. (9 Wheat) 244; 22 U.S.C.A. 286 et. Seq., C.R.S. 11-60-103.

18.  "The government, by becoming a corporator, lays down its sovereignty… exercises no power or privilege which is not derived from the charter." *Bank of U.S. v. Planters Bank,* 9 Wheaton (22 US) 904; 6 L. Ed. 24

19.  "Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy." *Rio Grande v. Darke,* 167 P. 241.

20.  The ruling and precedent of *Clearfield Trust Co. v United States,* 318 U.S. 363-371 (1942) is herein referred to as the *Clearfield Trust Doctrine,* or simply *Clearfield,* and is seminal and foundational in the legal-commercial-monetary system of today's world, <u>and is *stare decisis* on all courts in the United States and every State of the Union</u>. The *Clearfield* ruling, in pertinent part, is deemed as consisting of the following principles of law, per the United States Supreme Court decision in *Bank of the US v. Planters Bank,* (1824), 9 Wheaton (22 U.S.) 904, 6 L Ed 24, speaking of the United States:

21.  "Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen…

Where private corporate commercial paper and securities is concerned... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."

22. "...an entity **cannot compel performance** upon its **corporate statutes or corporation rules** unless it, like any other corporation, can **contractually prove** that it is the **holder in due course** of some **negotiable instrument** between it and the one on whom its demands for payment/performance are made, and it is **willing to produce said document**, and to **place the same into evidence before trying to enforce its demands.**"

23. All Respondents are agents of a private, for-profit corporation, having taken oaths to protect and uphold the state and national constitutions, which means these agents took oaths to protect and defend Claimant's Rights and Property, then proceeded to violate Claimant's Rights. Said corporate offices, and the men and women who operate said offices, have acted in a conspiracy to defraud Claimant of his Rights for the purpose of acquiring profit and gain for the corporation known as "LOS ANGELES COUNTY SUPERIOR COURT - NORTHWEST DISTRICT." The people operating these for-profit corporations are subject to statutes, such as 18 USC 241 and 242, which is applicable to government actors and can result in a fine of $10,000 per rights violation.

24. In the *Bank of U.S. v. Planter's Bank*, 9 Wheaton (22 U.S.) 904, 6 L Ed 24, the Supreme Court states: "For purposes of suit, such corporations and individuals are regarded as an entity entirely separate from government." US, Inc., United States of America, as well as the "State of [State], are now all instrumentalities of the private, international, "intergovernmental" International Monetary Fund, hereinafter "IMF," i.e., "the Fund," et al, the alleged receivers in bankruptcy, and, by being purely commercial private legal fictions, lose the cloak, dignity, and protection of a government and all resultant acts are merely proprietary. Said entities are subject to the same burdens as any private firm or individual.

25. Because US, Inc., and all States of the Union, e.g., the "State of [State]," and the individual Respondents, are all involved in commercial activities, 12 USC § 411, under the general, "federal" Law Merchant, *Erie Railroad Co. v Tompkins*, 302 U.S. 64-92, 82 L. ed. 1188, and have failed to establish legal tender as substantive, Constitutional money, *Lane County v. Ore.*, 7 Wall 71, and all are using only floating, discredited, and dishonored commercial notes of no parity or par value, said insolvent, de facto governmental corporate legal fictions, including the entirety of the United States and all States thereof have forfeited all cover and immunity of a *de jure* government, have no standing in law, no capacity to sue or be sued, no authority to prosecute or enforce any claims or charges against anyone, and cannot validly enforce any specific performance against anyone based on the compelled use of fraudulent, colorable, worthless securities of no standing as lawful currency, and are devoid of designated parity or par value. This private unredeemable, foreign-owned, corporate, commercial debt paper is termed "federal money," *Levy Wick v. Howard*, 136 Va. 101, 116 SE 465; 31 ALR 240, 246.

## FACTS

26. Claimant was convicted in Respondents' court without any evidence of subject matter jurisdiction on the record of the court.

27. Respondents are operating in a mode of perpetual warfare against the People. "Under International Law of Warfare, all parties to a cause must appear by nom de guerre, because an alien enemy cannot maintain an action during the war in his own name." Merriam-Webster Dictionary, pg. 1534.

28. "A mixed war is one which is made on one side by public authority, and the other by mere private persons." *Black's Law Dictionary* 5th Ed., page 1420.

29. Capitis Diminutio (meaning the diminishing of status through the use of capitalization). In Roman law. *A diminishing or abridgment of personality; a loss or curtailment of a man's status or aggregate of legal attributes and qualifications.*

30. Capitis Diminutio Maxima (meaning a maximum loss of status through the use of capitalization, e.g. JOHN DOE or DOE JOHN) - *The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept away with it all rights of citizenship and all family rights.*

31. CONgress, on June 30, 1864, evidently for the purpose of nullifying the unalienable Rights enshrined in the Declaration of Independence and circumventing, evading and defeating the jurisdictional "chains of the Constitution" by which they are bound, strip the word "state" of its popular and ordinary meaning as understood by all Americans and as used in all legislative instruments since and including July 4, 1776, and convert it into a specialized term and define it to mean *the same thing as its constitutional and statutory opposite*, i.e., one of the territories of the District of Columbia; *to wit, in pertinent part:*

"SEC. 182. *And be it further enacted,* That wherever the word state is used in this act it shall be construed to include the territories and the District of Columbia . . ." An Act to provide Internal Revenue to support the Government, to pay Interest on the Public Debt, and for other Purposes, Ch. 173, Sec. 182, 13 Stat. 223, 306, June 30, 1864.

32. Because "the territories and the District of Columbia" is not followed by general words, the rule of statutory interpretation known as *expressio unius est exclusio alterius* ("the inclusion of the one is the exclusion of the other") tells us that the list of items is exhaustive as given; *to wit:* There is an inference that all omissions should be understood as exclusions.

33. The Civil Rights Act of April 9, 1866, follows on the heels of the Act of June 30, 1864, and the new term "state." "*Be it enacted* . . . That all persons [fictions/subjects/not sovereigns] born in the United States [District of Columbia and its territories] are hereby declared to be citizens [subjects] of the United States [District of Columbia]; and such citizens . . . shall have the same right, in every State and Territory in the United States [District of Columbia]." The definitions of the terms are in brackets, but read without the legal definitions, and notwithstanding that the Constitution authorizes Congress to exercise territorial and personal legislative power *only* in territories/places/property belonging to the United States (Articles 1 § 8 (17) and 4 § 3 (2)), said Civil Rights Act rather implies territorial and personal legislative jurisdiction over each and

every "State" and the *persons* therein. The only way to interpret this act is constructive fraud.

34. These same terms of "state" and "United States" are used in the 14th Amendment which followed two months later. Once a fraud, always a fraud – but they have plausible deniability because, after all, the definitions of the "words of art" are given, so if one knows the definitions, one will not be fooled.

35. The terms "State" and "United States" are now "words of art" in statutory definitions (words given a different definition than normally understood in every day language, and even different than that which is understood as used in the Constitution), requiring the reader to look up the definition of such words in the statute itself to determine the exact meaning.

36. Personal jurisdiction over ordinary Americans derives strictly from presumption of residence in territory/places/property belonging to the United States (*Constitution*, Articles 1 § 8 (17), 4 § 3 (2)), *defined territory* over which Congress exercise absolute exclusive legislative power, facilitated by the contrived definition of "State," which excludes geographical Union states and embraces only the Territories and the District of Columbia and its so-called political subdivisions, a type of entity, like the executive branch alphabet-soup *agencies* (a commercial term) of the political District of Columbia, for which there is no provision in any foundational Trust instrument, the so-called *50 States*.

37. Municipal corporations function under municipal law, which descends from Roman civil law and "pertains solely to the citizens and inhabitants of a state," such as the political and geographical District of Columbia, and under which there is little difference between a citizen and a resident/inhabitant. Citizens/residents of the District of Columbia are simultaneously citizens/residents of the United States – which is located in, geographically identical to, and also known as the District of Columbia.

38. Each of the *50 States* (e.g., the "State of Maine," "State of Texas," "State of Ohio," etc.) is a non-geographical political subdivision of the District of Columbia, a society comprised of *Federal personnel* living within the limits of a particular Union State. The Union states, like the common law, still exist in substance, but are moribund, relegated to obscurity in favor of the second national government whose "territory" is designated by the ZIP Codes™ of the United States Post Offices™ of that certain independent corporation run by the CEO of the District of Columbia (President of the United States), the United States Postal Service ®. The government of each of the *50 States* claims, by way of use of ZIP Code™ – and not by mistake – to be part of a political subdivision of the District of Columbia, i.e., a society of United States Government employees purportedly "located in a certain ZIP Code™" (for enumeration of the only taxpayers whose salary or wages are subject to levy/seizure for non-payment of income tax, *see* IRS § 6331(a)). This is perpetrated by the Buck Act in an attempt to establish an unconstitutional federal jurisdiction in all of the 50 union States.

39. The above explains why State codes contain a definition of "the state" and "this state." For example, the Revised Code of Washington, which is representative of all the state codes I've researched, verifies that when a code says "in this state" or "within this state" they are talking about federal areas. This is a deliberate fraud upon the People, perpetrated by the Buck Act. In the following quote, what is included excludes what is not included. Therefore, "in this state" and "within this state" include only federal areas. Let's examine what it does not say. It does not say "'In this state' or 'within this state' includes all areas lying within the exterior boundaries of the state, including all federal areas therein." No, it specifically says that those terms include ONLY the federal areas lying within the exterior boundaries of the state. So the question is, are the state codes applicable only to federally owned land within the state, or are the legislators saying that the whole state is a federal area? States cannot legislate for federally owned lands, therefore, the state legislature is telling us that all land within the state is considered to be federal area, and the state itself is a political subdivision of the federal government.

> RCW 82.04.200, "In this state," "within this state."
> "In this state" or "within this state" includes all federal areas lying within the exterior boundaries of the state.

40. Another legal word of art is "person," which is defined in all codes to be an artificial entity. I have yet to see one code that includes the living man in the definition of "person," and that will be touched on when we talk about the requirement for a valid law.

41. There is no plausible deniability for the Respondents as they are schooled in reading the law, yet they, as well as all other judges and prosecutors, do not use the legal definitions contained in the codes, but rather, apply the codes to People not defined in the codes as the "person" subject to the codes, and they use the generally accepted definitions of state and United States instead of those specific definitions which Congress and the State legislatures have assigned to those words of art, and that, too, is fraud. Even when the definitions are pointed out to the prosecutors and judges, they refuse to abide by the law. Nothing deters the Respondents from applying the law the way they want to apply it rather than the way the law makers defined it to be applied, and that is not just fraud, it is intentional misapplication of the codes with the wilful intent to injure the defendant, for the purpose of obtaining an income stream from the sale of securities created by the prosecutor upon the initiation of the case. Criminal misapplication of codes for the purpose of profit and gain.

42. A prosecutor's job is to see that justice is done, but there is no justice in misapplying codes to people not named in the code.

43. A judge's job is to protect the rights of the accused, but there is no protection of rights when a judge ignores the limits of the law by allowing a law to be misapplied to someone not named in the law.

44. Respondents' ignorance of the law is no excuse. Respondents have abandoned their duties under the law, and in so doing, they have violated their Oaths to the constitutions. If Respondents are going to enforce codes instead of the common law, they better know who is subject to the codes and follow the law, as they are supposed to be the experts.

45. Because of the deception in legislative acts, and the War Powers acts, all courts state and federal, operate under the authority of the CEO of the District of Columbia, in his alternate role as Commander in Chief, which violates the constitutions.

46. Equity will not allow a statute to be used as a cloak for fraud.

47. Neither Congress nor state legislatures can change the Constitutions or the intent of the framers of the Constitution, by

statutes.

48. Based strictly on the definition of "United States," every United States district Court is a *District of Columbia legislative forum* (under Article 4 § 3(2) of the *Constitution*) and *municipal-political field unit*, with no territorial jurisdiction in Union states and no personal jurisdiction over *the People* who make their home there, and therefore, all judgments issuing therefrom in one of the Union states is void ab initio, unless said crimes were committed on federal land, and other jurisdictional requirements were met.

49. Claimant was charged in the Respondents' court using a *nom de guerre*, a name of war, as in "AVETIS SARKIS KOSHKARYAN" instead of the name of a living man, as in "Avetis Sarkis Koshkaryan," because the government declared war on the People via the Trading With the Enemy Act (TWEA) as it was altered in 1933 by the Emergency Banking Relief Act to include U.S. citizens, reducing U.S. citizens to the status of slaves. See Capitis Diminutio Maxima, *supra*, and The plan to make all free and independent Americans into U.S. citizen/slaves, *supra* under Claimant's Standing.

50. Claimant is not a U.S. citizen, and not a "person" as defined in TWEA, yet Respondents conspired to treat Claimant as a U.S. citizen by way of presumption without evidence, making a political determination for Claimant which Claimant alone is allowed to make.

51. Respondents styled Claimant's name in all block capital letters – a fraud. It is a diminishment of Claimant's status, reducing Claimant to slave status, as well as a declaration of war against Claimant, which is treason against the people.

52. Respondents styled Claimant's mail location in all block capital letters and used a two-letter state abbreviation and a ZIP Code which is designed to place Claimant in a federal zone without Claimant's consent – a fraud.

53. Respondents presented themselves as neutral and unbiased, when in reality they created an income stream for themselves upon the initiation of the case, so they had a financial interest in the outcome of the case, a conflict of interest – fraud.

54. Summarization of the Lack of Subject Matter Jurisdiction: It is not the judge that decides jurisdiction. It is the prosecutor's paperwork on the record of the court which decides jurisdiction. If there is no evidence of jurisdiction on the record, the judge has no discretion, but MUST vacate the judgment. In this instant matter, there is no evidence of subject matter jurisdiction.

55. Respondent judge was merely enforcing statutes, declared by the supreme court to be a non-judicial function, a mere administrative officer performing a ministerial function, and therefore, Respondent "judge" has no judicial immunity.

56. The judgment in this instant matter is void for the following reasons: 1) The Claimant was denied due process by the judge's failure to inform him of the jurisdiction of the court; 2) any denial of due process immediately deprives the court of subject matter jurisdiction; 3) evidence of criminal subject matter jurisdiction must include either an affidavit of an injured party under common law, or an international maritime contract under admiralty/statutory jurisdiction, and said evidence must have been on the record at the time of the trial, and no such evidence was on the record of the court; 4) the court lacked a valid law as applied to the defendant, as the statute(s) involved are only applicable to artificial entities, and defendant is a Living Man, NOT the artificial "person" defined in the statute(s) as charged; 5) plaintiff lacked standing because (a) plaintiff was not present in the courtroom, (b) the prosecutor did not provide evidence he was authorized to represent the plaintiff, (c) plaintiff could prove no legal right that was violated by defendant, (d) plaintiff could not prove an injury caused by defendant, and (e) plaintiff had no contract on the record of the court binding defendant to plaintiff's statutes.

57. The right to be informed of the nature of the jurisdiction of the court is a requirement of the 6th Article in Amendment to the Constitution for the United States of America, which is also imposed upon the states via the 14th Amendment. It is a part of the requirement for subject matter jurisdiction, and subject matter jurisdiction cannot be waived, therefore, the requirement to be informed of the nature of the jurisdiction cannot be waived, as one cannot properly defend unless one knows in which jurisdiction the court is proceeding.

58. The judge's failure to define the jurisdiction of the court was a deliberate and intentional miscarriage of justice, a violation of the judge's Oath to uphold the constitutions, rendering the judgment void.

59. The judge imposed a secret jurisdiction on the Claimant, depriving the Claimant of the Right to a fair and unbiased trial, denying him due process. Whenever due process is denied, the court immediately loses whatever jurisdiction it may have had, rendering the judgment void.

60. When asked what jurisdiction the court is acting in, judges have been known to say "ask your attorney," but it is the judge who is responsible to inform the defendant under Article 6 in Amendment to the Constitution for the United States, and therefore, the Respondent judge is liable for his violation of his constitutional duty, and for proceeding without jurisdiction.

61. All the codes the court enforced against the Claimant are private, copyrighted codes, consisting of the corporation's by-laws, which are applicable only to the corporation and its employees, and those bound by contract to specific performance.

62. The courts have established that the government's statutes are, in fact, the corporation's private statutes, which can only be enforced upon the showing, on the record of the court, of a contract for specific performance to the corporation's private, copyrighted by-laws.

63. Under *Clark v. United States*, 95 U.S. 539 (1877), the Supreme Court established criteria required for a contract to be binding upon the U.S. Government by (A) a binding contract must be in writing, (B) a binding contract must be signed by both parties [one of which is the federal government], (C) a binding contract must be signed ONLY by a federal contracting officer authorized to do so under the Legislative branch of the federal government, and (D) any such purported contract in any other mode [that does not meet these mandatory standards as determined by the Supreme Court] was rendered unlawful and thus prohibited. One must recognize the same requirements would apply to contracts with the state as well. There was no such contract on the record of the court to bind the Claimant to the plaintiff's statutes, therefore, the court lacked jurisdiction.

64. "Standing represents a jurisdictional requirement…" *National Organization for Women, Inc., v. Scheidler*, 510 US 249. As stated above, the Respondents had no standing.

65. Standing is required because "courts only adjudicate justiciable controversies." *United States v. Interstate Commerce*

*Commission*, 337 US 426, 430. To have standing, a plaintiff must allege the violation of a legal right. The plaintiff did not alleged the violation of a legal right. Therefore, the court lacked jurisdiction.

66.    Plaintiff did not allege the violation of a legal right that caused damage, therefore court lacked jurisdiction.

67.    "A plaintiff must allege personal injury fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." *Allen v. Wright*, 468 U.S. 737, 751 (1984) and:

68.    "In addressing questions of standing, we are confronted with 'questions of prudential or judicial restraint,' *id*., and will impose that restraint to insure that 'the case is not moot and the issues will be fully developed by true adversaries.' *Id*. To have standing, a plaintiff 'must plead damage from an injury peculiar to him…'" *Blanchard v. Show Low Planning*, 196 Ariz. 114, 118 (App.) (emphasis added). Plaintiff was not damaged and alleged no injury.

69.    Respondent prosecutor violated the rules of bankruptcy law. UNITED STATES INC., is a bankrupt, and the corporate states are, by accommodation, also bankrupt. A bankrupt plaintiff has no standing unless represented by the Trustee in Bankruptcy. Respondent prosecutor is not the Trustee in Bankruptcy, and therefore plaintiff had no standing, making the judgment void.

70.    The Judge may not inquire into the controversies between the parties until such time as the subject matter jurisdiction has been properly invoked by the parties. The subject matter jurisdiction of a court is not *prima facie*. The Supreme Court has held that: "A man must assign a good reason for coming (to the court). If the fact is denied, upon which he grounds his right to come (into the court), he must prove it. He, therefore, is the actor in the proof, and, consequently, he has no right, where the point is contested, to throw the onus probandi on the defendant." *Lessee v. Levy*, 4 U.S. 330.

71.    As noted above in the *Clearfield Doctrine*, the plaintiff does not have standing until he has introduced a contract into the record of the court which binds the defendant to the plaintiff's statutes. Respondents could produce no contract, therefore, the court had no subject matter jurisdiction.

72.    Since Claimant was never informed of the jurisdiction of the court, it remains to be seen in what jurisdiction the court was proceeding. There are two criminal jurisdictions mentioned in the national constitution: one is under the common law, and the other deals with international maritime contracts, under an admiralty jurisdiction.

73.    The court in this instant matter could not have been exercising a common law jurisdiction because there was no affidavit of an injured party on the record, and that leaves only admiralty, albeit a colorable admiralty.

74.    Colorable Money (use of non-redeemable fiat Federal Reserve Notes) results in colorable contracts (because there is no substance to the contract), which requires colorable courts. Colorable contracts must be enforced under a colorable jurisdiction. As a result, we now have what is called Statutory Jurisdiction, a colorable Admiralty Jurisdiction judges are enforcing because we are using colorable money.

75.    Statutory/Administrative Jurisdiction: There is no constitutional authority, no court rules, and no known jurisdictional requirements for this mysterious jurisdiction. This jurisdiction is actually a civil jurisdiction of Compelled Performance which also has Criminal Penalties for not adhering to the letter of a contract, but this only applies to international maritime contracts. Whenever there is a penalty for failure to perform (such as wilful failure to file, driving without a license, and thousands of other codes), **it is admiralty/maritime law** requiring a valid international maritime contract, so now we know what jurisdiction the statutes are under.

76.    The government didn't want the people to know they had taken admiralty inland, so they took international law or Law Merchant (commercial law) and adopted it into codes. This is what the Supreme Court decided in the Erie Railroad case, that the decisions from then on will be based on commercial law with criminal penalties associated. Since they were instructed not to call it admiralty, they call it statutory, but the law of the flag confirms the admiralty jurisdiction of the courts.

77.    Under the rules of admiralty/maritime as well as pursuant to the *Clearfield Doctrine*, Plaintiff's standing and the court's jurisdiction requires an international maritime contract to be placed on the record of the court, which obligates the defendant to the plaintiff's statutes.

78.    No contract of any kind was presented in this instant matter to invoke the court's jurisdiction. The mere presumption of a contract is not sufficient, as the defendant has to be given an opportunity to challenge the validity of any contract.

79.    It is understood that under the statutory colorable admiralty jurisdiction there is a presumption of the receipt of a benefit implying some obligation on the part of the defendant to the plaintiff, which is a rebuttable presumption, IF the judge informs the defendant of the true nature of the jurisdiction, and since he didn't, Claimant has reserved his rights, supra.

80.    Another requirement of subject matter jurisdiction is a valid law. The Respondents had no valid law as applied to the Claimant because living men and women are not included in the definition of the "person" to whom the codes apply. If the accused is not named in the statute as the "person" subject to the statute, the statute is invalid as applied to the accused. I have yet to find one statute that names a living man or woman as subject thereto.

81.    Pursuant to the rules of legislative construction, a statute may only apply to the same type or class of person, therefore, mixing categories is not allowed. The addition of the words of art "natural person" or "individual" into a definition of "person" does not change the type or class, or open the classification to more than one type or class of person. If there is even one artificial entity in the definition of "person" or "whomever," all terms in the definition are considered, by law, to be artificial entities. The "person" is always an artificial entity. When did God give the government jurisdiction over his People?

82.    Ejusdem generis. Of the same kind, class or nature: In statutory construction, the "ejusdem generis rule" is that where general words follow an enumeration of persons or things by words of a particular and specific meaning, such general words are not to be construed in their widest extent, but are to be held as applying only to the persons or things of the same general kind or class as those specifically mentioned. Black, Interp. Laws, 141; *Cutshaw v. Denver*, 19 Colo. App. 341, 75 Pac. 22; *Ex parte Leland*, 1 Nott & McC. (S.C.) 462; *Spalding v. People*, 172 Ill. 40, 49 N.E. 993.

83.    The Respondents have claimed some right, or interest in the Claimant, as implied by the private, copyrighted statutes the Respondents enforced against Claimant, absent a contract, which means the Respondents are treating the Claimant as property

that can be regulated upon the whim of the legislature outside the protections of the common law.

84. <u>When people are treated as property they are slaves.</u>  To arbitrarily subject all living men to statutes in the absence of the common law requirement of an injured party, as the Respondents are doing, relegates people to the position of property, meaning slaves.  The people who created government did not grant government the authority to regulate its creators.  Therefore, to avoid the prohibition against involuntary servitude, all definitions of "person" in all statutes always identify artificial entities as the subject of the codes.  Legislators throw the terms "natural person" and "individual" into definitions to make it "appear" the definition includes the living man, but corporations are treated under the law as "individuals" and "natural persons."  Therefore, the use of the statutes against the Living Man renders the judgment void.

85. The method which government uses to classify all People as slaves appears to be the social security application, which we have established to have been obtained by fraud, deceit, and in some instances by threat, duress and coercion.  It is void abinitio due to the fraud and lack of full disclosure used to coerce one into signing it, and it <u>violates the 13th Article in Amendment to the Constitution for the United State because, although it is, in fact, a voluntary agreement, it is presented as mandatory, and people cannot get jobs without the SSN, and company owners are forced by the IRS to require workers to have a SSN, so by the law of necessity, one is forced into compliance with what is presented as mandatory.</u>  The entire nature of the agreement violates the spirit of the Constitution.  It is null and void.

86. Due to their superior knowledge of the law, the Respondents know or should have known the Man standing before them was not subject to the statutes being applied to him.  Officers of the court are required to know and adhere to the rules of subject matter jurisdiction.  They know or should know how to read the definitions of "person" in the codes, and <u>they are required to properly apply the law.</u>  Operating on the silent presumption the Living Man standing before them is an artificial entity is intentional and fraudulent misapplication of the codes.

87. It is every man's right to self-determination.  By silent presumptions, Respondents unlawfully rendered Claimant into the designation of a class of person incorporated (resident) in the local municipality; forced Claimant into a recognition as a class of person known as an artificial entity in order to administrate the codes upon Claimant; forced Claimant into association by incorporation in violation of the 13th Article in Amendment to the Constitution for the United States of America.

88. The relationship of the Claimant's standing to the plaintiff is a political issue based on the plaintiff's compliance with the federal 13th amendment; it is not a judicial issue.  <u>Respondent judge does not have standing to determine Claimant's political status</u> any more than to determine the political status of the Queen of England.  The political status of everyone can only be determined by the voluntary act of each individual, based on their own individual choice, as is clearly established in the prohibition of involuntary servitude, and deceptions to trick him into a particular political status are not valid.  Full disclosure is required.

89. <u>Respondents do not have the authority to designate a living man as a corporation, nor do Respondents have the authority to designate a living man as the surety for a fiction, or any of the other presumptions the Respondents made about the Claimant's political status.</u>  Respondents have imposed involuntary servitude on Claimant.

90. The operation of law used against Claimant to determine Claimant is a resident within the State or federal corporation, or surety for an artificial entity, is violating Claimant's fundamental human rights and freedoms.

91. This brings us to the topic of <u>fraudulent concealment,</u> which courts have defined as the following, and which definitions include the Respondents.  "<u>Party having superior knowledge who takes advantage of another's ignorance of the law to deceive him by studied concealment or misrepresentation can be held responsible for that conduct.</u>" *Fina Supply, Inc. v. Abilene Nat. Bank,* 726 S.W.2d 537, 1987.

92. "Party in interest may become liable for fraud by mere silent acquiescence and partaking of benefits of fraud." *Bransom v. Standard Hardware, Inc.,* 874 S.W.2d 919, 1994.  Respondents benefitted from their fraud by obtaining an income stream from the bonds sold in regard to the conviction.

93. "When circumstances impose duty to speak and one deliberately remains silent, silence is equivalent to false representation." *Fisher Controls International, Inc. v. Gibbons,* 911 S.W. 2d 135, 1995.

94. "When a person sustains to another a position of trust and confidence, <u>his failure to disclose facts that he has a duty to disclose is as much a fraud as an actual misrepresentation.</u>" *Blanton v. Sherman Compress Co.,* 256 S.W. 2d 884, 1953.

95. Claimant was lied to, deceived, denied due process, his rights were violated, his estate was plundered, he was made a slave, sent to a debtor's prison, all without subject matter jurisdiction, and certainly without full disclosure, and that's *fraud.*

96. The court administered the Claimant's estate, i.e., the "AVETIS SARKIS KOSHKARYAN ESTATE," as an executor de son tort, in the absence of the required Notice of Taxable Termination from the U.S. Treasury, which is required to authorize the plundering of Claimant's estate as an enemy belligerent, and without which the court lacks subject matter jurisdiction.  If the court received the Notice of Taxable Termination from the U.S. Treasury, it should be immediately produced as evidence in response to this claim.

97. Regardless of what jurisdiction the court was exercising, there was no evidence of any jurisdiction on the record of the court, and the failure of the Respondents to identify the jurisdiction was a denial of due process which deprived the court of all jurisdiction.  Therefore, <u>Claimant has been incarcerated on a void judgment.</u>

98. Judges who enforce statutes operate ministerially, meaning no judicial immunity whatsoever.  See *Thompson v. Smith,* 154 SE 579, 583; *Keller v. Potomac Elect. Power,* 261 US 428; F.R.C. v. GE, 281, U.S. 464.  "It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency . . ." 30 Cal 596; 167 Cal 762.

99. No immunities, neither absolute nor limited, protect the Respondents in the commission of acts of bad faith against Claimant.  See Am Jur 2nd, Volume 17(A), clause #298, "No immunities will protect a person who acts in bad faith."

100. <u>Respondents know or should have known there was no jurisdiction for the court to act, making their actions in bad faith.</u>  They

are the experts. They can't claim good faith when knowingly violating Rights and laws.

101.   The prosecutor and judge knew they had no jurisdiction, and if they claim ignorance, then they should be fired immediately.
102.   The Respondents knew they were misapplying codes to a living man, which makes their actions wilful and intentional.
103.   Respondents knew they were making secret determinations to treat Claimant as a fictional entity in violation of the constitutional amendment prohibiting involuntary servitude.
104.   Respondents knew an international maritime contract was required to enforce an admiralty jurisdiction, and failed to put said contract on the record, and failed to inform the Claimant of the admiralty nature of the jurisdiction.
105.   These are all willful and intentional acts, AND, they do these things in every prosecution, which makes it a policy and practice under RICO, i.e., conduct of an enterprise through a pattern of racketeering activity.
106.   The current office holders, the named Respondents, if they were not the original offenders, have the same knowledge and duties, and are being offered an opportunity to correct this situation, to avoid a claim against their bonds.
107.   The bonding by Respondents of the criminal case, and the sale of the bonds creating an income stream, is subject to a generation skipping transfer tax as a taxable termination event under section 2603 of Title 26, requiring the payment of taxes.
108.   It is believed Respondents failed to pay said taxes, and should be reported to the IRS for tax evasion.
109.   Many of the above-itemized rights violations also represent criminal charges, which must be pursued if this matter is not settled to the Claimant's satisfaction.
110.   Claimant has been injured by the loss of Liberty, loss of family relationships, loss of income, loss of health, subjected to dangerous conditions, mental and emotional distress, and his family has been injured and torn apart, and given reason to distrust government agents and what is inappropriately called a "justice system."

## III.  RELIEF/LEDGERING

1.   For the above reasons, Claimant has a claim against Respondents, jointly and severally, for Rights violations enumerated herein.  Explicit point-for-point ledgering consists of the following:
2.   Criminal acts against Claimant have caused injury to Claimant, entitling Claimant to the standard of 200 times Punitive and four times Compensatory damages for said injuries, damages and any trespass per *Pacific Mutual Life Insurance, Inc., v. Cleopatra Haslip et al.*, 499 U.S. 1 (111 S.Ct. 1032, 113 L.Ed.2d 1) (No. 89-1279).  In the interest of moderation, Claimant claims $300,000 compensatory damages and $1,200,000 punitive damages per year of unlawful incarceration.
3.   Each violation listed above under items A through II (less item V) represents damages in the amount of $10,000.00 per offense.
4.   All Respondents are jointly and severally liable due to the conspiracy involved.
5.   Item V, false imprisonment, is valued at $1,800,000.00 per day of incarceration, pursuant to *Trezevant v. City of Tampa*, 741 F.2d 336 (11th Cir. 1984), which equals $657,000,000.00 per year.  Your bonds won't cover such a huge amount, so I'll compromise and charge you only $5,000,000.00 per year, or any part thereof.  In this case the Claimant has been unlawfully imprisoned since approximately 2005.

| True Bill | | | |
|---|---|---|---|
| | QTY | RATE | AMOUNT |
| Rights Violations | 34 | 10000.00 | 340000.00 |
| Compensatory Damages | 12 | 300000.00 | 3600000.00 |
| Punitive Damages | 12 | 1200000.00 | 14400000.00 |
| Unlawful imprisonment | 12 | 5000000.00 | 60000000.00 |
| | | **TOTAL DUE** | **$78,340,000.00** |

6.   *The Respondents have violated the law by the foregoing acts and omissions, and are jointly and severally assessed for their acts and omissions in the amount of Seventy-Eight Million Three Hundred Forty Thousand and no/100 United States Dollars. Interest shall be applied at the rate of one percent (1%) per month on the unpaid balance. Claimant is open to negotiations for a fair settlement, but the above True Bill indicates the seriousness of the Rights violations and the loss of Liberty.*
7.   *On the 91st day, all amounts will become an accounts receivable, so all must be settled by then.*
8.   If Respondents do not agree that this debt is owed, Respondents must answer by rebutting this *Affidavit of Obligation*, specifically the statements in Section II Statement of Facts and Allegations, on a point-by-point basis, with particularity and evidence in support within thirty (30) days of receipt thereof, by Affidavit sworn true, correct *and complete*, and attach evidence of the same.  If Respondents disagree with the amount, Claimant is open to negotiation, up until Respondents are in default.
9.   If Respondents' bonds will not cover the amounts due, Respondents will be jointly and severally liable for the amounts due the Claimant.

Claim No. AK2016-50706, Affidavit of Obligation – Page 12

## CLEAN HANDS/GOOD FAITH

This Claim is not applied for light or transient reasons, not engaged in for purposes of harassment, and not engaged in for purposes of impeding or slowing court process. It is not the intent of this process to cause you anxiety, fear, distress, offense or alarm, or to impede public procedures. This process is specifically and expressly intended to provide you with every administrative opportunity to execute your public responsibilities lawfully.

## IV. SURETY/PROPERTY

1.  Respondents are jointly and severally liable for the amounts herein owed. If the Claimant is not released from unlawful incarceration and supervision within 30 days, and/or if this claim is not paid within 30 days, or in the alternative properly controverted by Affidavit on a point-by-point basis within 30 days, it becomes a lien against Respondents' bonds, as provided for in law. If you are not bonded, you are impersonating a public officer, and therefore, have no immunity, and are personally liable for the entire amount specified herein. It is the Respondents' responsibility to give Claimant their bonding information and to notify their bonding companies of the claim against their bonds and request the claim be paid. Respondents' failure to provide Claimant with their bonding information, and failure to make the claim to their bonding companies, will comprise Respondents' admission they are not bonded, which is also an admission Respondents are impersonating public officials, and have no standing in law, and no immunity whatsoever, giving the Sheriff authorization to collect on this debt, to wit:

    In the case of no bonds, or insufficient bonds: This is a claim, first and foremost, against the Respondents' good faith public hazard bonds. If Respondents are not bonded, or if the bonds do not cover the entire claim amount, this becomes a claim of lien against all of Respondents' property, whether real or personal, tangible or intangible, wherever located, whether now owned or hereafter acquired, to include, but not limited to: All proceeds, products, accounts and fixtures, crops, mine heads, wellheads, transmitting utilities; real property; mineral, water and air rights; cottages, houses, buildings, mobile homes; general intangibles, whether now or hereafter in existence; trademarks/trade-names, marks, patents, copyrights, good will, good name, good reputation, choses in action, goods, consumer goods, chattels, chattel paper, money, notes, drafts, things in action, evidences of debt, annuities, tenements, hereditaments and appurtenances thereto, instruments, deposit accounts, bank deposit box(es) and the contents therein, stocks, bonds, shares, securities, benefits from retirement plans and trusts, accounts receivable, accounts payable, accounts general and special, checking and savings accounts, income, wages, inventories, rents, contract rights, acceptances, obligations, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, with or without notice from Lien Claimant; all life insurance policies and all insurance policies on said tangible personal property and the proceeds from said policies resulting from claims therefrom; all bonds for employment or licensing, all malpractice bonds, insurance bonds, self-insurance programs; furniture, furnishings, household goods, appliances, antiques, dishes and china, tableware, food and drink; electronic equipment, computers and computer-related equipment, office furniture, office equipment, stationery supplies; cars, boats, trailers, motor homes, airplanes, recreational and sporting equipment, guns, rifles, ammunition; clothing, books, paintings, other art objects, jewelry, and collections of personal property; lawn furniture, tools, all machinery and maintenance equipment; livestock, livestock equipment; items attached to the real estate but not considered real estate; inventory and accessions thereto; equipment and accessions thereto, fixtures; all hypothecations, trusts, incorporeal hereditaments of personality, including but not limited to corporeal or incorporeal tangible or intangible, visible or invisible, real or personal or private, movable or immovable collateral, regardless of whether specifically identified by make, model or serial number, and any type of property held for Lien Debtor's benefit by either Lien Debtor or others, and all proceeds and products of the foregoing, only excluding that which is exempted by law.

2.  Grace. The commercial grace of a claim process consists of a ninety (90) days (three-months Old Testament Hebrew/Jewish commerce) grace period. Lien Debtors are placed on official notice that Claimant will proceed with default proceedings at the end of ninety (90) days from your receipt of this notice of time limitation or process of service.

3.  Conditions for releasing Claim. A release of this Claim can be accomplished by the following:
    (1) A satisfaction of the claim by the Respondents; or
    (2) A categorical point-for-point rebuttal (affirmation, denial or explanation) of every element of the Claimant's claim, said rebuttal being also in the form of a commercial affidavit for which Respondent accepts full personal commercial responsibility. If the Claimant can rebut the Respondent's rebuttal, the claim stays in force; or
    (3) A voluntary (un-extorted) removal of the claim by the Claimant (or his heirs or assigns, if such has been provided for); or
    (4) A decision by an impartial common law jury duly convened and properly conducted (not tampered with by a judge, other public official, or other person).

## REMEDY

1.  I require each Respondent to provide the name, address and telephone number of his/her public hazard and malpractice bonding company and the policy number of the bond and a copy of the policy describing the bonding coverage of their specific job performance.

2.  I require the Respondents to present a copy of this Claim to their bonding companies with instructions to pay the claim.

3.  I require all Respondents cease and desist in the use of the names Avetis Sarkis Koshkaryan and AVETIS SARKIS

KOSHKARYAN and any and all derivations of said names, and return all documents in their possession, or in their record storage areas bearing said names or any derivation thereof, to Claimant, and any and all such documents on digital storage devices be destroyed, and the attached statement of compliance be signed and returned to me.

4. I require the Respondents to vacate the judgment in Case No(s). LA050706-01-A & BA277975-01-A, and remove the judgment(s) from my record.
5. I require to be immediately released from prison and all conditions of post-supervision.
6. I require reimbursement in the amount indicated in the True Bill herein.
7. I require all Respondents be held jointly and severally liable for the full amount of the True Bill herein.

## V. EVIDENCE, EXHIBITS, MEMORANDA

Exhibits
A.  Judgment & Sentence;
B.  Definition of "person" from codes showing applicability to artificial entities;
C.  Nature of Admiralty Jurisdiction;
D.  Copy of 18 USC 241.

## VI. CERTIFICATION

1. Criminal Certification: I, the Affiant/Claimant, certify and affirm that I have grounds to, and do believe, that the above accused Respondents committed the above offenses contrary to law.

2. General Final Certification: I, Affiant/Claimant, certify and affirm on my own commercial liability, that I have read the foregoing and know the content thereof and that it is true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth.

EXECUTED this **27** day of **September**, 2016, at **Coalinga**, **California**
City                    State

_____
By: _____
Avetis Sarkis Koshkaryan, non-negotiable autograph
Private, unincorporated non-citizen American

## VII. WITNESS

_____
Witness Signature

_____
Witness Signature

_____
Witness Signature

*Hieu  Ta*
24863 West Jayne Avenue
Coalinga, California [93210]
Print witness name and location

*Artour Artakesian*
24863 West Jayne Avenue
Coalinga, California [93210]
Print witness name and location

*Ogannes  Keshishyan*
24863 West Jayne Avenue
Coalinga, California [93210]
Print witness name and location

---

## NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES

This document and attachments are not intended to harass, intimidate, offend, conspire, blackmail, coerce, cause anxiety, alarm or distress or impede public procedures. They are presented pursuant to legal authority to facilitate the stated intention of achieving honorable settlement, and a lawful remedy as provided by law. Other lawful remedies have been denied me and others like me, therefore, when there is no remedy available, I may create my own remedy. Any affirmation contrary to this stated intention will comprise your stipulation to committing a fraud upon the court.

---

* * * * * * * * * * *

### APPENDIX A

The Claimant does NOT rely on Title 15 as a basis for the "Commercial Claim." ALL Commercial processes, by using or relying on notes or paper in Commerce (e.g. Federal Reserve Notes), must bear some sort of Federal tracking code, a County Recorder's number or a serial number, which process must be accessible for inspection at the nearest relevant County Recorder's Office or be widely advertised.  When a Claim matures in three (3) months, ninety (90) days, by default of the Respondent through the Respondent's failure to rebut the *AFFIDAVIT OF OBLIGATION* point-for-point categorically, it becomes an accounts receivable in the ordinary sense of a collectable debt upon which assignments, collateralization, and other commercial transactions can be based, hence becomes a Security subject to observation, tracking, and regulation by the United States Securities and Exchange Commission (hereinafter U.S. S.E.C.).

The notation "A Security — 15 USC" is a flag in Commerce telling the U.S. S.E.C. that a speculation account is being established to enforce a claim.  The U.S. S.E.C. can then monitor the process.  As long as the process is truthful, open, and above-board (full disclosure), the U.S. S.E.C. has no jurisdiction over it, for even the U.S. S.E.C. has no jurisdiction over the truth of testimony, depositions, affidavits, and affidavits of obligation (Commercial Claims), and an unrebutted affidavit stands as the truth in Commerce.

Legal Authority:  Universal moral/existential truths/principles, expressed in Judaic (Mosaic) Orthodox Hebrew/Jewish Commercial Code, corollary to Exodus (chiefly Exodus 20:15, 16).  This is the best known Commercial process in America.

When an Affidavit is so flagged in Commerce, it becomes a Federal Document because it could become translated into a Security (for example by being attached in support of a Commercial Claim), and not accepting and/or filing a Commercial Affidavit becomes a Federal offense.

## ABSTRACT OF JUDGMENT - PRISON COMMITMENT - INDETERMINATE
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-292 ATTACHED]*

CR-292

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **LOS ANGELES - NORTHWEST DISTRICT**

| | | | |
|---|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA vs.<br>DEFENDANT: **KOSHKARYAN, AVETIS SARKIS** | DOB: **10-08-75** | **LA050706-01** | **-A** |
| AKA: | | | **-B** |
| CII NO.: **A10080049** | | | |
| BOOKING NO.: **008823916** | ☐ NOT PRESENT | | **-C** |
| COMMITMENT TO STATE PRISON<br>ABSTRACT OF JUDGMENT | **01-23-09** | ☒ AMENDED<br>ABSTRACT | **-D** |

| DATE OF HEARING<br>**04-26-07** | DEPT. NO.<br>**NW N** | JUDGE<br>**JOHN FISHER** | |
|---|---|---|---|
| CLERK<br>**MONICA WILSON** | REPORTER<br>**BRIAN LUCY** | PROBATION NO. OR PROBATION OFFICER<br>X **01907681** | ☐ IMMEDIATE SENTENCING |
| COUNSEL FOR PEOPLE<br>**NICOLE FLOOD, DDA** | | COUNSEL FOR DEFENDANT<br>**MARK GERAGOS, PRIVATE COUNSEL** | ☐ APPTD. |

1. Defendant was convicted of the commission of the following felonies:
   ☒ Additional counts are listed on attachment
   __1__ (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | COURT | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | PC | 664-187 (a) | ATTEMPTED MURDER | 2005 | 01-02-07 | X | | | | | |
| 02 | PC | 664-187 (a) | ATTEMPTED MURDER | 2005 | 01-02-07 | X | | | | X | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| 01 | 12022.53 (c) | 20 | 12022.53 (b) | STAYED | | | 20 | 0 |
| 02 | 12022.53 (c) | 6Y8M | 12022.53 (b) | STAYED | | | 6 | 8 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Defendant was sentenced to State Prison for an INDETERMINATE TERM as follows:

4. ☐ LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts _____
5. ☒ LIFE WITH THE POSSIBILITY OF PAROLE on counts __01, 02__
6. a. ☐ 15 years to Life on counts _____       c. ☐ _____ years to Life on counts _____
   b. ☐ 25 years to Life on counts _____       d. ☐ _____ years to Life on counts _____
   PLUS enhancement time shown above.
7. ☒ Additional determinate term (see CR-290).
8. Defendant was sentenced pursuant to ☐ PC 667(b)-(i) or PC 1170.12 ☐ PC 667.61 ☐ PC667.7 ☐ other *(specify):*

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CR-292 (Rev. January 1, 2007)

ABSTRACT OF JUDGMENT - PRISON COMMITMENT – INDETERMINATE

Penal Code,<br>§§ 1213, 1213.5

F77175

## ABSTRACT OF JUDGMENT - PRISON COMMITMENT - DETERMINATE
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

CR-290

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **LOS ANGELES - NORTHWEST DISTRICT** | |

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA vs.<br>DEFENDANT: **KOSHKARYAN, AVETIS SARKIS** | DOB: **10-08-75** | LA050706-01 -A |
| AKA: | | -B |
| CII NO.: **A10080049** | ☐ NOT PRESENT | -C |
| BOOKING NO.: **008823916** | | |
| COMMITMENT TO STATE PRISON<br>ABSTRACT OF JUDGMENT | 01-23-09  ☒ AMENDED<br>ABSTRACT | -D |

| DATE OF HEARING<br>04-26-07 | DEPT. NO.<br>NW N | JUDGE<br>**JOHN FISHER** |
|---|---|---|
| CLERK<br>**MONICA WILSON** | REPORTER<br>**BRIAN LUCY** | PROBATION NO. OR PROBATION OFFICER  ☐ IMMEDIATE SENTENCING<br>X01907681 |
| COUNSEL FOR PEOPLE<br>**NICOLE FLOOD, DDA** | | COUNSEL FOR DEFENDANT  ☐ APPTD.<br>**MARK GEROGOS, PRIVATE COUNSEL** |

1.  Defendant was convicted of the commission of the following felonies:
    ☒ Additional counts are listed on attachment
    ___ (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | TERM (L, M, U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | PC | 524 | ATTEMPTED EXTORTION | 2005 | 01-02-07 | X | | | M | | | | | | X | | |
| 05 | PC | 524 | ATTEMPTED EXTORTION | 2005 | 01-02-07 | X | | | M | | | | | | X | | |
| 07 | PC | 422 | MAKING A CRIMINAL THREAT | 2005 | 01-02-07 | X | | | M | | | | | | X | | |
| 10 | PC | 484e (d) | ACQUSTN ACCESS CRD-DEFRAUD | 2005 | 01-02-07 | X | | | M | | | | | | X | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

2.  ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

3.  ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4.  ☐ Deft. sentenced per: ☐ PC 667(b)-(i) or PC 1170.12 (two strikes)   ☐ PC 1170(a)(3). Pre-confinement credits equal or exceed time imposed.
    (Paper Commitment.) Deft. ordered to report to local Parole Office upon release.

5.  INCOMPLETED SENTENCE(S) CONSECUTIVE

6.  TOTAL TIME ON ATTACHED PAGES: | 0 | 0 |

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |

☒ Additional indeterminate term (see CR-292).

8.  TOTAL TIME EXCLUDING COUNTY JAIL TERM: | L 26 | 8 |

· This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CR-290 (Rev. January 1, 2007) | ABSTRACT OF JUDGMENT-PRISON COMMITMENT – DETERMINATE | Penal Code,<br>§§ 1213, 1213.5 |
|---|---|---|

| PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT: **KOSHKARYAN, AVETIS SARKIS** | | | |
|---|---|---|---|
| LA050706-01   -A | -B | -C | -D |

9. FINANCIAL OBLIGATIONS (plus any applicable penalty assessments):

a. **Restitution Fine(s):**

Case A: $1,000.     per PC 1202.4(b) forthwith per PC 2085.5;     $1,000.     per PC 1202.45 suspended unless parole is revoked.
$_____     per PC 1202.44 is now due, probation having been revoked.

Case B: $_____     per PC 1202.4(b) forthwith per PC 2085.5;     $_____     per PC 1202.45 suspended unless parole is revoked.
$_____     per PC 1202.44 is now due, probation having been revoked.

Case C: $_____     per PC 1202.4(b) forthwith per PC 2085.5;     $_____     per PC 1202.45 suspended unless parole is revoked.
$_____     per PC 1202.44 is now due, probation having been revoked.

Case D: $_____     per PC 1202.4(b) forthwith per PC 2085.5;     $_____     per PC 1202.45 suspended unless parole is revoked.
$_____     per PC 1202.44 is now due, probation having been revoked.

b. **Restitution per PC 1202.4(f):**

Case A: $_____  ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund
Case B: $_____  ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund
Case C: $_____  ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund
Case D: $_____  ☐ Amount to be determined  to ☐ victim(s)*  ☐ Restitution Fund

☐ * Victim name(s), if known, and amount breakdown in item 11, below.  ☐ * Victim names(s) in probation officer's report.

c. **Fine(s):**

Case A: $_____  per PC 1202.5. $_____ per VC 23550 or _____     days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes: ☐ $50 Lab Fee per HS 11372.5(a)     ☐ $_____ Drug Program Fee per HS 11372.7(a)     for each qualifying offense

Case B: $_____  per PC 1202.5. $_____ per VC 23550 or _____     days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes: ☐ $50 Lab Fee per HS 11372.5(a)     ☐ $_____ Drug Program Fee per HS 11372.7(a)     for each qualifying offense

Case C: $_____  per PC 1202.5. $_____ per VC 23550 or _____     days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes: ☐ $50 Lab Fee per HS 11372.5(a)     ☐ $_____ Drug Program Fee per HS 11372.7(a)     for each qualifying offense

Case D: $_____  per PC 1202.5. $_____ per VC 23550 or _____     days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes: ☐ $50 Lab Fee per HS 11372.5(a)     ☐ $_____ Drug Program Fee per HS 11372.7(a)     for each qualifying offense

d. **Court Security Fee:** $140.00 per PC 1465.8.

10. TESTING   a. ☐ Compliance with PC 296 verified  b. ☒ DNA per PC 296  c. ☐ AIDS per PC 1202.1  d. ☐ other (specify):

11. Other orders (specify):
DEFENDANT TO PAY $20.00 DNA COLLECTION FEE.   AS TO COUNT (08): 242 PC A MISD - BATTERY. -SERVE 6 MONTHS IN L.A. COUNTY JAIL.   AS TO COUNT (09): 2800.1 (a) A MISD - EVADING ARREST. -SERVE 6 MONTHS IN L.A. COUNTY JAIL. COUNTS (08) AND (09) ARE CONCURRENT WITH THE SENTENCE IMPOSED ON COUNT (01) AND MAY BE SERVED IN ANY PENAL INSTITUTION.

12. IMMEDIATE SENTENCE:

☐ Probation to prepare and submit
Post-sentence report to CDCR per PC 1203c.

Defendant's race/national origin: WHI

13. EXECUTION OF SENTENCE IMPOSED:

a. ☒ at initial sentencing hearing.
b. ☐ at resentencing per decision on appeal.
c. ☐ after revocation of probation.
d. ☐ at resentencing per recall of commitment. (PC1170(d).)
e. ☐ other (specify):

14. CREDIT FOR TIME SERVED

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | 606 | 527 | 79 | ☐ 4019 ☐ 2933.1 |
| B | | | | ☐ 4019 ☐ 2933.1 |
| C | | | | ☐ 4019 ☐ 2933.1 |
| D | | | | ☐ 4019 ☐ 2933.1 |

| Date Sentence Pronounced: | Time Served in State Institution: | | |
|---|---|---|---|
| | DMH | CDCR | CRC |
| 04-26-07 | [   ] | [   ] | [   ] |

15. The defendant is remanded to the custody of the sheriff  ☒ forthwith  ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to     ☒ the reception center designated by the director of the California Department of Corrections and Rehabilitation.
☐ other (specify):

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

CLERK OF THE COURT:

| DEPUTY'S SIGNATURE | DATE: | |
|---|---|---|
| **B J MCFARLAND, CSA III** | | 01-26-09 |

CR-290 (Rev. January 1, 2007)     **ABSTRACT OF JUDGMENT - PRISON COMMITMENT – DETERMINATE**     Page 2 of 2

**ABSTRACT OF JUDGMENT - PRISON COMMITMENT - DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

CR-290

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **LOS ANGELES** | **CONFORMED COPY** OF ORIGINAL FILED Los Angeles Superior Court |

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **KOSHKARYAN, AVETIS SARKIS**    DOB: **10-08-75**

BA277975-01   -A

AKA:   -B

CII NO.: **A10080049**

BOOKING NO.: **8823916**   ☐ NOT PRESENT

**ENTERED** -C

**INTO OBIS** -D

JUL 1 2 2007

John A. Clarke, Executive Officer/Clerk

By _____ , Deputy

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT   ☐ AMENDED ABSTRACT

DATE OF HEARING **05-25-07**   DEPT. NO. **510**   JUDGE **LANCE A ITO**

CLERK **YOLANDA REZA**   REPORTER **JANET MOXHAM**   PROBATION NO. OR PROBATION OFFICER **X1907681**   ☐ IMMEDIATE SENTENCING

COUNSEL FOR PEOPLE **JOHN ALLEN RAMSEYER**   COUNSEL FOR DEFENDANT **MARK J GERAGOS**   ☐ APPTD.

1. Defendant was convicted of the commission of the following felonies:
☐ Additional counts are listed on attachment
___ (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY JURY | COURT | PLEA | TERM (L, M, U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 182(A)(1) | CONSPIRACY TO THEFT | 2002 | 04-04-06 | | | X | U | | | | | | | 3 | |
| 4 | PC | 484E(D) | THEFT | 2002 | 04-04-06 | | | X | M | X | | | | | | (4) | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4. ☐ Deft. sentenced per: ☐ PC 667(b)-(i) or PC 1170.12 (two strikes)  ☐ PC 1170(a)(3). Pre-confinement credits equal or exceed time imposed. (Paper Commitment.) Deft. ordered to report to local Parole Office upon release.

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: _____

7. ☐ Additional indeterminate term (see CR-292).

8. TOTAL TIME EXCLUDING COUNTY JAIL TERM: **3**

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Page 1 of 2

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **KOSHKARYAN, AVETIS SARKIS**

| BA277975-01   -A | -B | -C | -D |
|---|---|---|---|

9. FINANCIAL OBLIGATIONS (plus any applicable penalty assessments):

a. Restitution Fine(s):

Case A: $5,000.00    per PC 1202.4(b) forthwith per PC 2085.5;    $5,000.00    per PC 1202.45 suspended unless parole is revoked.
$_____    per PC 1202.44 is now due, probation having been revoked.

Case B: $_____    per PC 1202.4(b) forthwith per PC 2085.5;    $_____    per PC 1202.45 suspended unless parole is revoked.
$_____    per PC 1202.44 is now due, probation having been revoked.

Case C: $_____    per PC 1202.4(b) forthwith per PC 2085.5;    $_____    per PC 1202.45 suspended unless parole is revoked.
$_____    per PC 1202.44 is now due, probation having been revoked.

Case D: $_____    per PC 1202.4(b) forthwith per PC 2085.5;    $_____    per PC 1202.45 suspended unless parole is revoked.
$_____    per PC 1202.44 is now due, probation having been revoked.

b. Restitution per PC 1202.4(f):

Case A: $_____    ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
Case B: $_____    ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
Case C: $_____    ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
Case D: $_____    ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund

☐ * Victim name(s), if known, and amount breakdown in item 11, below.    ☐ * Victim names(s) in probation officer's report.

c. Fine(s):

Case A: $_____    per PC 1202.5. $_____   per VC 23550 or _____   days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ Includes: ☐ $50 Lab Fee per HS 11372.5(a)    ☐ $_____ Drug Program Fee per HS 11372.7(a)   for each qualifying offense

Case B: $_____    per PC 1202.5. $_____   per VC 23550 or _____   days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ Includes: ☐ $50 Lab Fee per HS 11372.5(a)    ☐ $_____ Drug Program Fee per HS 11372.7(a)   for each qualifying offense

Case C: $_____    per PC 1202.5. $_____   per VC 23550 or _____   days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ Includes: ☐ $50 Lab Fee per HS 11372.5(a)    ☐ $_____ Drug Program Fee per HS 11372.7(a)   for each qualifying offense

Case D: $_____    per PC 1202.5. $_____   per VC 23550 or _____   days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ Includes: ☐ $50 Lab Fee per HS 11372.5(a)    ☐ $_____ Drug Program Fee per HS 11372.7(a)   for each qualifying offense

d. Court Security Fee: $20.00 per PC 1465.8.

10. TESTING   a.☐ Compliance with PC 296 verified   b. ☒ DNA per PC 296   c. ☐ AIDS per PC 1202.1   d. ☐other (specify):

11. Other orders (specify):
**PAY $1,000.00 FINE FOR DISCOVERY EXPENSES.**

**COURT ORDERS THE SENTENCE IMPOSED TO RUN CONCURRENT WITH ANY OTHER TIME.**

12. IMMEDIATE SENTENCE:

☐ Probation to prepare and submit
Post-sentence report to CDCR per PC 1203c.

Defendant's race/national origin: **W**

13. EXECUTION OF SENTENCE IMPOSED:

a. ☒ at initial sentencing hearing.
b. ☐ at resentencing per decision on appeal.
c. ☐ after revocation of probation.
d. ☐ at resentencing per recall of commitment. (PC1170(d).)
e. ☐ other (specify):

14. CREDIT FOR TIME SERVED

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | 844 | 556 | 288 | ☐ 4019 ☐ 2933.1 |
| B | | | | ☐ 4019 ☐ 2933.1 |
| C | | | | ☐ 4019 ☐ 2933.1 |
| D | | | | ☐ 4019 ☐ 2933.1 |

| Date Sentence Pronounced: | Time Served in State Institution: | | |
|---|---|---|---|
| 05-25-07 | DMH [  ] | CDCR [  ] | CRC [  ] |

15. The defendant is remanded to the custody of the sheriff ☒ forthwith    ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to    ☒ the reception center designated by the director of the California Department of Corrections and Rehabilitation
   ☐ other (specify):

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| **D.H.HERNANDEZ** | **07-12-07** |

CR-290 (Rev. January 1, 2007)    **ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**    Page 2 of 2

Exhibit B

Definition of "person" from the codes showing applicability to artificial entities.

> 1 U.S. Code Section 1 - Words denoting number, gender, and so forth:
> "In determining the meaning of any Act of Congress, unless the context indicates otherwise – the words 'person' and 'whoever' include corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals;"

The above definition is representative of all definitions of "person" in state codes, as well.

> **Ejusdem generis.** Of the same kind, class or nature.
> In statutory construction, the "ejusdem generis rule" is that where general words follow an enumeration of persons or things by words of a particular and specific meaning, such general words are not to be construed in their widest extent, but **are to be held as applying only to the persons or things of the same general kind or class as those specifically mentioned.** Black, Interp. Laws, 141; Cutshaw v. Denver, 19 Colo. App. 341, 75 Pac. 22; Ex parte Leland, 1 Nott & McC. (S.C.) 462; Spalding v. People, 172 Ill. 40, 49 N.E. 993.

Exhibit C

## NATURE OF ADMIRALTY JURISDICTION

1.      The 6th Article of Amendment of the Constitution for the United States of America:

**In *all* criminal prosecutions, the accused *shall* enjoy the right** to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and **to be informed of the nature and cause of the accusation;** to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense. [Emphasis added].

2.      The key words in the emphasized portions above are "ALL" and "SHALL." "All" implies there is more than one criminal jurisdiction. "Shall" makes the enjoyment of the right to be informed mandatory. There is no suggestion in the Amendment that if the defendant is ignorant of his rights, and his attorney is incompetent and fails to demand such information, that it can be presumed by the court the defendant has waived this Right, which inalienable. All waivers of rights shall be done knowingly, intelligently, voluntarily, and in writing. The information or indictment must state the nature and cause in plain language that is understood by the accused. Many victims accused of offenses against the STATE or UNITED STATES have found themselves in prison and all their assets forfeited for lack of understanding of the nature and cause of the accusation, and the constitutions are very clear on whose responsibility it is to inform the defendant. It is not the attorney's responsibility, it is the judge's responsibility.

3.      The Supreme Court has held:

There are no common law offenses against the United States. Only those acts which Congress has forbidden, with penalties for disobedience of its command, are crimes. *United States v. Hudson & Goodwin*, 11 U.S. (7th Cr.) 32 (1812); *United States v. Coolidge*, 14 U.S. (1 Wheat.) 415 (1816); *United States v. Britton*, 108 U.S. 199, 206 (1883); *United States v. Eaton*, 144 U.S. 677, 687 (1892).

4.      By the same token it appears there are no common law offenses against the States. If common law crimes against the United States and the States do not exist, what kinds of crimes do exist? Article III, Section 2 provides for four different jurisdictions for federal courts: law, equity, admiralty, and maritime. States only have law and equity, however, as will be shown herein, the States have helped themselves to an admiralty jurisdiction they do not constitutionally possess.

5.      By process of elimination, we can automatically rule out law by virtue of the above Supreme Court holding. Equity is defined as Justice administered according to fairness as contrasted with the strictly formulated rules of common law. The term equity denotes the spirit and habit of fairness, justness, and right dealing which would regulate the intercourse of men with men. (See: Black's 6th). Since it is common knowledge law and equity have been combined and are virtually indistinguishable from each other, and since anyone who has witnessed criminal proceedings in the courts easily recognizes these criminal or "quasi-criminal" accusations are most usually contrary to the spirit and habit of fairness and justness and right dealing of men with men. Therefore, the cause of action cannot be in equity.

6.      Admiralty is defined in Bouviers 1856 edition as: "the name of a jurisdiction which takes cognizance of suits or actions which arise in consequence of acts done upon or relating to the sea; or, in other words, of all transactions and proceedings relative to commerce and navigation, and to damages or injuries upon the sea. 2 Gall. R. 468. Blacks 6[th] edition observes that: "the terms admiralty and maritime are virtually synonymous."

7.      Since admiralty has to do with the law of the sea, one would naturally think it has no application where the law of the land is in operation. However, as long ago as 1851 the Supreme Court recognized that the Congress has the power to extend the jurisdictions of admiralty and maritime causes to the land under the commerce clause and deprive the people of the right of a trial by jury. See the holding by the high court in *Propeller Genessee Chief et al. v. Fitzhugh et al.* 12 How. 443 (U.S. 1851), which pretty much says it all.

8.      The very next year, in 1852, the Supreme Court warned this admiralty/maritime threat to Liberty was encroaching further and further on the land. See *Jackson v. Magnolia*, 20 How. 296 315, 342 (U.S. 1852)

9.   Admiralty and maritime jurisdictions were merged with the law and equity jurisdictions in 1966. (See: Federal Rules of Civil Procedure, notes to <u>Supplementary Rules for Certain Admiralty and Maritime Claims</u>). All four causes of action (or natures of the cause) which were once separate and distinct are now rolled into one set of rules and indistinguishable from one another in modern courts. Federal Rules of Civil Procedure, (FRCP) Rule 1 provides that: "These rules govern the procedure in the United States district courts in all suits of a civil nature whether cognizable as cases at law or in equity or in admiralty with the exceptions stated in rule 81." Rule 2 provides: There shall be one form of action to be known as "civil action." FRCP Rule 9(h) provides in part: <u>If the claim is cognizable only in admiralty, it is an admiralty or maritime claim for those purposes</u> **whether so identified or not."**

10.  Law, equity, admiralty and maritime, the once separate and distinct jurisdictions are now neatly rolled into one set of rules, tried in the same courtroom with the same judge, on the same docket and with nothing to distinguish the different jurisdictions from one another, which in itself can be viewed as an attempt to deceive the people as to what jurisdiction the court is proceeding in.

11.  If criminal accusations are not in the jurisdictions of common law or equity, they must be in admiralty or maritime. Although admiralty and maritime jurisdictions are virtually indistinguishable, Bouviers definition of a "Maritime cause" as those arising from maritime contracts whether made at sea or on land fits the bill.

12.  According to the courts, the legislature defines crimes, can create a crime, while ignoring the common law elements of a crime and mandate the punishment for the crime it creates. There is no crime unless it is created by the legislature. All of this certainly flies in the face of the common law rule that there must be an injured party for a crime to exist. These creations of the legislature are most certainly <u>maritime crimes.</u> There is no constitutional allowance for the government to remove common law from the people and substitute mere regulations to which all living men are subject in the absence of common law requirements of an injured party. However, all men have the right to contract, thus the requirement of a contract to invoke the court's jurisdiction where statutes and codes are involved, and said contract must meet the lawful requirements of a contract, and it must be an international maritime contract.

13.  It has previously been established, above, that the so-called statutory jurisdiction is disguised admiralty jurisdiction, being a civil jurisdiction of compelled performance which also has criminal penalties for not adhering to the letter of a contract, therefore, requiring that the contract, in this case an international maritime contract, be placed into evidence. This was not done in the instant matter.

14.  One problem courts must face is that every code the congress/legislature enacts contains the definition of the "person" to whom said code applies, and that "person" is always an artificial entity, making the codes null and void as applied to living men and women, which is why the prosecutor and judge deliberately mis-characterize the living men and women as corporate entities in order to mis-apply the codes to them.

15.  A second problem with the admiralty jurisdiction of the State is that it is unconstitutional as the State constitution does not grant an admiralty jurisdiction to the State courts. Therefore, said "Statutory" pseudo-admiralty jurisdiction cannot be applied to the people, making the judgment VOID.

16.  In order to enforce a statute against any living man, the prosecution must exhibit the international maritime contract which binds the living man to the compelled performance, and demonstrate that said contract was entered into knowingly, willingly, voluntarily, with full disclosure, without trickery or deceit, wherein lawful consideration was received, both parties signed, both parties were equal parties to the contract (i.e., not a contract of adhesion), and which is a lawful contract under common law being backed by lawful specie, which would give the government jurisdiction over a living man. No such contract is a part of the record in this instant matter, and I believe no evidence of such exists.

17.  Since the United States Inc. and its subsidiary states are bankrupt, and have no lawful specie in circulation to support a valid contract, no such valid contract can exist, and my reservation of rights not to be compelled to specifically perform under the terms of any unrevealed commercial contract, and my right not to accept the liability associated with the compelled benefit of any unrevealed commercial contract or agreement, is in full force and effect, nunc pro tunc to the date of arraignment in this instant matter.

Exhibit D

https://www.justice.gov/crt/conspiracy-against-rights
Conspiracy Against Rights
Summary:

Section 241 of Title 18 is the civil rights conspiracy statute. Section 241 makes it unlawful for two or more persons to agree together to injure, threaten, or intimidate a person in any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the Unites States, (or because of his/her having exercised the same). Unlike most conspiracy statutes, Section 241 does not require that one of the conspirators commit an overt act prior to the conspiracy becoming a crime.

The offense is punishable by a range of imprisonment up to a life term or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

TITLE 18, U.S.C., SECTION 241

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;...

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

CERTIFICATE OF SERVICE/COPY CERTIFICATION BY DOCUMENT CUSTODIAN

The undersigned Declarant, being over the age of 18 and competent to testify, and having firsthand knowledge of the facts stated herein, do hereby certify the documents attached to this Certificate of Service/Copy Certification and listed below are true and correct copies of the originals, and are records of acts, events and documents kept in regard to a regularly conducted activity, were made at the time the events occurred, are kept in the course of a regularly conducted activity of a business, are a regular practice of that activity, and are presented pursuant to Federal Rules of Evidence, Rule 803(6) Exceptions to the Rule Against Hearsay, and Rule 902(11) Evidence that is Self-Authenticating, and corresponding state Rules of Evidence. Further, it is hereby certified that on the date noted below, the undersigned caused to be served upon:

Carolyn Kuhl, dba presiding judge
c/o SUPERIOR COURT - NORTHWEST DISTRICT
14400 Erwin Street
Van Nuys, CA 91401
Certified Mail No. 7015 0920 0002 2204 5489

Jackie Lacey, dba prosecutor
c/o SUPERIOR COURT - NORTHWEST DISTRICT
14400 Erwin Street
Van Nuys, CA 91401
Certified Mail No. 7015 0920 0002 2204 5489

hereinafter, "Recipients," the following itemized documents pertaining to Avetis Sarkis Koshkaryan, *Affidavit of Obligation,* Claim No. AK2016-50706, which documents are hereby **certified to be true, correct and complete copies of the originals,** which originals are, at this current time, in my possession as the document custodian:

1.    Notice of Fault;
2.    reference copy of this Certificate of Service (signed original on file).

by the above-noted certified mail numbers, by placing same in a postage pre-paid envelope properly addressed to Recipients at the addresses indicated above, and depositing same in an official depository of the United States Postal Service corporation. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Eileen Raye, Public Minister
c/o Temporary Mail Location
c/o P.O. Box 5043
on Hemet, on California
on North America
Zip excepted

Date  12/21/16



THE ABOVE DOCUMENTS ARE PRIVATE, NOT FOR PUBLIC FILING.
TO BE DISTRIBUTED TO THE ADDRESSEES ONLY.

English     Customer Service     USPS Mobile        Register / Sign In

# ≋USPS.COM®

## USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70150920000222045489

## Product & Tracking Information

**Available Actions**

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

Text Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 30, 2016 , 9:44 am | Delivered, To Mail Room | VAN NUYS, CA 91401 |

Email Updates

Your item has been delivered to the mail room at 9:44 am on December 30, 2016 in VAN NUYS, CA 91401.

| | | |
|---|---|---|
| December 29, 2016 , 9:25 pm | Arrived at USPS Facility | VAN NUYS, CA 91406 |
| December 28, 2016 , 7:35 pm | Arrived at USPS Facility | SANTA CLARITA, CA 91383 |
| December 25, 2016 , 12:20 am | In Transit to Destination | |
| December 24, 2016 , 6:21 pm | Departed USPS Facility | PHILADELPHIA, PA 19176 |
| December 24, 2016 , 12:20 am | Arrived at USPS Facility | PHILADELPHIA, PA 19176 |
| December 22, 2016 , 9:55 pm | In Transit to Destination | |
| December 21, 2016 , 7:18 pm | Departed Post Office | |
| December 21, 2016 , 9:55 am | Acceptance | |

## Track Another Package

Tracking (or receipt) number



To the Personal and Private Attention of:

Carolyn Kuhl, dba presiding judge
c/o SUPERIOR COURT - NORTHWEST DISTRICT
14400 Erwin Street
Van Nuys, CA 91401

To the Personal and Private Attention of:

Jackie Lacey, dba prosecutor
c/o SUPERIOR COURT - NORTHWEST DISTRICT
14400 Erwin Street
Van Nuys, CA 91401

| | |
|---|---|
| Avetis Sarkis Koshkaryan, a Private Man, | This is a National Commercial Filing |
| | A SECURITY (15 USC) |
| Claimant, | AK2016-50706 |
| | THIS IS A U.S. S.E.C. TRACER FLAG |
| v. | NOT A POINT OF LAW.[1] |
| Jackie Lacey, dba prosecutor, all successors or assigns, and | NOTICE OF FAULT |
| Carolyn Kuhl, dba presiding judge, and all successors or assigns, | OPPORTUNITY TO CURE |
| Respondents, all in their personal capacities. | |

## KNOW ALL MEN BY THESE PRESENTS:

on united States of America          )
on The State of California           ) ss:
on Riverside county                  )

Private Administrative Process – Not for Public Filing

**NOTICE:** This Notice of Fault is actual and constructive notice that the above-noted Respondents have failed to respond timely under penalty of perjury under the laws of the united States of America to a certain *Affidavit of Obligation* which was served upon Respondents on November 14, 2016, regarding LOS ANGELES COUNTY SUPERIOR COURT - NORTHWEST DISTRICT, Case No. LA050706-01-A & BA277975-01-A, thus **stipulating** to all statements of Facts and Allegations therein and **confessing judgment** against Respondents jointly and severally in the sum certain of:

*Seventy-Eight Million Three Hundred Forty Thousand and no/100* ($78,340,000.00)

Respondents' failure to respond does comprise their Confession <u>to holding all liability in the aforesaid matter, their stipulation that the Claimant has exhausted his administrative remedy, and Respondents consent to all necessary collection procedures.</u>

---

[1] One definition of "A SECURITY" is "any evidence of debt."

Notice of Fault – Claim of Lien – Page 1

## OPPORTUNITY TO CURE

Respondents have ten (10) days to cure the their liability by rebutting the *Affidavit of Obligation* under penalty of perjury under the laws of the united States of America or complying with the specific performance demanded therein by releasing the Claimant from unlawful incarceration and supervision, and making arrangements for payment from their bonds. Failure to cure will constitute, as an operation of Law, the final admission by Respondents through *tacit procuration* to the statements of Facts and Allegations made therein. Said statements of Facts and Allegations shall be deemed STARE DECISIS.

**IN WITNESS WHEREOF,** said Public Minister has heretofore set her hand and seal.

I certify and affirm on my own commercial liability, that I have read the foregoing and know the content thereof and that it is true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth.

Executed this __20 th__ day of __December__, 2016.


_____
Eileen Raye, Public Minister
Private American within a non-military occupied private estate
not subject to the jurisdiction of the "United States."
c/o Temporary Mail Location:
c/o P. O. Box 5043
on Hemet, on California
on North America – Zip excepted

EXHIBIT C

CERTIFICATE OF SERVICE/COPY CERTIFICATION BY DOCUMENT CUSTODIAN

The undersigned Declarant, being over the age of 18 and competent to testify, and having firsthand knowledge of the facts stated herein, do hereby certify the documents attached to this Certificate of Service/Copy Certification and listed below are true and correct copies of the originals, and are records of acts, events and documents kept in regard to a regularly conducted activity, were made at the time the events occurred, are kept in the course of a regularly conducted activity of a business, are a regular practice of that activity, and are presented pursuant to Federal Rules of Evidence, Rule 803(6) Exceptions to the Rule Against Hearsay, and Rule 902(11) Evidence that is Self-Authenticating, and corresponding state Rules of Evidence. Further, it is hereby certified that on the date noted below, the undersigned caused to be served upon:

Carolyn Kuhl, dba presiding judge
c/o SUPERIOR COURT - NORTHWEST DISTRICT
14400 Erwin Street
Van Nuys, CA 91401
Certified Mail No. 7015 0920 0002 2204 5649

Jackie Lacey, dba prosecutor
c/o SUPERIOR COURT - NORTHWEST DISTRICT
14400 Erwin Street
Van Nuys, CA 91401
Certified Mail No. 7015 0920 0002 2204 5649

hereinafter, "Recipients," the following itemized documents pertaining to Avetis Sarkis Koshkaryan, *Affidavit of Obligation* Claim No. AK2016-50706, which documents are hereby **certified to be true, correct and complete copies of the originals**, which originals are, at this current time, in my possession as the document custodian:

1.    Notice of Default & Certificate of Dishonor – Administrative Judgment Nihil Dicit;
2.    reference copy of this Certificate of Service (signed original on file).

by the above-noted certified mail numbers, by placing same in a postage pre-paid envelope properly addressed to Recipients at the addresses indicated above, and depositing same in an official depository of the United States Postal Service corporation. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Eileen Raye_                                          Date    _1/6/17_
Eileen Raye, Public Minister
c/o Temporary Mail Location
c/o P.O. Box 5043
on Hemet, on California
on North America
Zip excepted

THE ABOVE DOCUMENTS ARE PRIVATE, NOT FOR PUBLIC FILING.
TO BE DISTRIBUTED TO THE ADDRESSEES ONLY.

English        Customer Service        USPS Mobile                                                    Register / Sign In

# ≡ USPS.COM®

## USPS Tracking®

Still Have Questions?
Browse our FAQs ›

 Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number: 70150920000222045649**

**Expected Delivery Day: Monday, January 9, 2017**

## Product & Tracking Information

| **Postal Product:** | **Features:** |
| First-Class Mail® | Certified Mail™ |

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **January 9, 2017 , 10:29 am** | **Delivered, To Mail Room** | **VAN NUYS, CA 91401** |

Your item has been delivered to the mail room at 10:29 am on January 9, 2017 in VAN NUYS, CA 91401.

| January 9, 2017 , 12:42 am | Arrived at USPS Facility | VAN NUYS, CA 91406 |
| January 8, 2017 , 2:46 am | In Transit to Destination | |
| January 7, 2017 , 2:46 am | Arrived at USPS Facility | SANTA CLARITA, CA 91383 |
| January 6, 2017 , 10:37 pm | Departed USPS Facility | SAN BERNARDINO, CA 92403 |
| January 6, 2017 , 7:31 pm | Arrived at USPS Origin Facility | SAN BERNARDINO, CA 92403 |
| January 6, 2017 , 6:58 pm | Departed Post Office | HEM |
| January 6, 2017 , 9:57 am | Acceptance | HEM |

## Available Actions

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**



# DO NOT FILE

# DELIVER TO THE FOLLOWING:

To the Personal and Private Attention of:

Carolyn Kuhl, dba presiding judge
c/o SUPERIOR COURT - NORTHWEST DISTRICT
14400 Erwin Street
Van Nuys, CA 91401

# DO NOT FILE

# DELIVER TO THE FOLLOWING:

To the Personal and Private Attention of:

Jackie Lacey, dba prosecutor
c/o SUPERIOR COURT - NORTHWEST DISTRICT
14400 Erwin Street
Van Nuys, CA 91401

| | |
|---|---|
| Avetis Sarkis Koshkaryan, a Man, | This is a National Commercial Filing |
| | A SECURITY (15 USC) |
| Claimant, | AK2016-50706 |
| | THIS IS A U.S. S.E.C. TRACER FLAG |
| v. | NOT A POINT OF LAW. |
| | |
| Jackie Lacey dba prosecutor, and successors, and | NOTICE OF DEFAULT & |
| Carolyn Kuhl, dba presiding judge and all successors, | CERTIFICATE OF DISHONOR |
| | ADMINISTRATIVE |
| Respondents, all in their personal capacities. | JUDGMENT NIHIL DICIT |

**KNOW ALL MEN BY THESE PRESENTS:**

on united States of America        )
on The State of California          ) ss:
on Riverside county                )

Private Administrative Process – Not for Public Filing

**NOTICE:** This *Notice of Default* is actual and constructive notice and protest that the above-noted Respondents have failed to respond timely under penalty of perjury under the laws of the united States of America to a certain *Criminal Complaint & Affidavit of Obligation* for Claim upon Public Hazard Bonds & Demand for Release which was served upon Respondents on November 14, 2016, regarding LOS ANGELES COUNTY SUPERIOR COURT - NORTHWEST DISTRICT, Case No. LA050706-01-A & BA277975-01-A, and have further failed to respond timely to a *Notice of Fault* served upon Respondents on December 21, 2016, extending Respondents an additional ten days to respond. Respondents' failure to respond comprises Respondents' stipulation to all statements of Facts and Allegations within the *Affidavit of Obligation.*

Respondents' failure to respond to the Criminal Complaint & Affidavit of Obligation for Claim upon Public Hazard Bonds & Demand for Release, has put Respondents in default, comprising their Confession to holding all liability in the aforesaid matter, their stipulation that the Claimant has exhausted his administrative remedy, and Respondents consent to all necessary collection procedures as witnessed by the undersigned Public Minister in the sequence of the following events:

FINDINGS OF FACT

1.  The Claimant had a *Criminal Complaint & Affidavit of Obligation for Claim upon Public Hazard Bonds & Demand for Release* served upon the Respondents, who are Trustees of the Public Trust, on or about November 14, 2016, by Certified Mail No. 7015 0920 0002 2204 4901, allowing thirty (30) days to respond. Mail Acceptor Eileen Raye certifies no timely response was made by Respondents.
2.  The Claimant had served upon Respondents a Notice of Fault-Opportunity to Cure on or about December 21, 2016, by Certified Mail No. 7015 0920 0002 2204 5489, allowing ten (10) days to cure. Mail Acceptor Eileen Raye certifies no timely response was made by Respondents.
3.  The Claimant is herein serving upon Respondents a *Notice of Default* by Certified Mail No. 7015 0920 0002 2204 5649.
4.  Respondents have Dishonored the Private Administrative Remedy / Lawful Notification & Opportunity to Respond of Avetis Sarkis Koshkaryan.
5.  The Respondents have Dishonored the *Affidavit of Obligation* received from the Claimant.
6.  This CERTIFICATE OF DISHONOR & ADMINISTRATIVE JUDGMENT certifies Respondents have admitted the statements, claims, and answers to the inquiries by *tacit procuration.* This ADMINISTRATIVE JUDGMENT is *stare decisis, res judicata* and *collateral estoppel.*

7.     Avetis Sarkis Koshkaryan is HOLDER IN DUE COURSE of this account and the Commercial Matter contained therein by operation of law. Said *Affidavit of Obligation* and the *True Bill* contained therein becomes an accounts receivable on the 91st day after receipt by Respondents.

## CONCLUSIONS OF LAW

1.     Respondents are in default, having failed to rebut the Facts & Allegations, or the True Bill presented in the *Affidavit of Obligation*.
2.     As an operation of Law, Respondents have admitted to the statements and claims contained within the *Affidavit of Obligation*.
3.     Respondents have a duty to prevent their acts and actions from further injuring Claimant.
4.     Respondents have a duty to release Claimant from incarceration and post-release supervision, having admitted that the court lacked subject matter jurisdiction, and the judgment is void.
5.     Respondents are reminded of their Oaths to the Constitutions, which is a contract with the public, the performance of which is secured by Official Bond or surety, and they have a duty to report this claim against their bonds, as required by law.

## ADMITTED AGREEMENTS

6.     Pursuant to the agreement of the parties, Respondents have agreed to the following, which is but a partial list taken from the *Affidavit of Obligation*:
7.     The statutes as charged against Claimant were invalid as they are only applicable to artificial entities.
8.     The court has no evidence of subject matter jurisdiction on the record of the court in regard to the above-noted case(s), making the judgment VOID, not just voidable.
9.     Respondents have violated the Claimant's rights in multiple ways, causing injuries to Claimant.
10.    All of the above, and all of the other violations contained in the *Affidavit of Obligation*, are clear violations of the Respondents' oaths to the constitutions, putting Respondents in breach of contract and breach of their fiduciary duties, for which they are liable to the Claimant.
11.    Respondents admit and agree they are duty-bound by their oaths to the constitutions to release Claimant from confinement and any and all conditions of supervised release.
12.    Respondents admit to having committed the following crimes by prosecution of the Claimant without subject matter jurisdiction:

A.   Violation of Oath or felony Impersonation of a Public Officer, as applicable;
B.   Breach of Contract and Fiduciary Duties;
C.   Constructive treason;
D.   Sedition;
E.   Felony perjury;
F.   Trespass upon the law;
G.   Malfeasance of office;
H.   Due process violations;
I.   Conducting a sham legal process;
J.   Misapplication of codes;
K.   Fraud upon the court;
L.   Obstruction of justice;
M.   Deprivation of Rights under color of law;
N.   Conspiracy against Rights;
O.   Conflict of interest;
P.   Felony misappropriation of funds;
Q.   Theft by deception;
R.   Failure to disclose financial dealings in Claimant's name;

S.   Falsification of accounts by public officer;
T.   Kidnaping;
U.   Human trafficking;
V.   False imprisonment;
W.   Racketeering;
X.   Identity theft;
Y.   Securities fraud;
Z.   Entrapment;
AA.  Involuntary servitude;
BB.  Unlawful conversion;
CC.  Unjust enrichment;
DD.  Criminal mis-characterization and mis-representation of my being and political status;
EE.  Violations of International Law on human rights;
FF.  Domestic terrorism;
GG.  Putative Fraud;
HH.  Dishonest Services thru scheme or artifice to defraud, 18 USC § 1346;
II.  Simulating legal process by private corporate actors.

## ASSESSMENT OF ADMITTED DAMAGES

Based upon the findings of fact discovered in, by and through this Private Administrative Process/True Bill, the Respondents have stipulated to all statements of Facts and Allegations therein and confessed judgment against themselves jointly and severally in the sum certain of:

*Seventy-Eight Million Three Hundred Forty Thousand and no/100 ($78,340,000.00) U.S. Dollars*

## PROTEST CERTIFICATE

1.  The HOLDER IN DUE COURSE has recruited the Public Minister, authorized to certify dishonor of PRIVATE ADMINISTRATIVE REMEDY Agreement/Contract, and to present this ADMINISTRATIVE JUDGMENT BY ESTOPPEL.
2.  This Document is served on the Respondents for demand for immediate payment
3.  This Document is the official CERTIFICATE OF DISHONOR of the *Affidavit of Obligation* Claim No. AK2016-50706.

## NOTICE OF FINAL DETERMINATION AND JUDGEMENT NIHIL DICIT

This is the final notification and judgment. No other notifications will be sent to you. Collection of this lawful claim, against your bonds, insurance policies, 801-K, CAFR funds, properties, or any other source of revenue to cure your dishonor in the public may begin after the 90th day from your first receipt of the *Affidavit of Obligation* if this claim is not immediately paid in full. Additional civil damages and criminal charges may also be forthcoming. Non-response is a self executing power of attorney to start collection processes.

JUDGMENT IS SO ENTERED.

The above Judgment Nihil Dicit is certified true, correct, complete, and certain, under the laws of God.

*Eileen Raye*                                    1/6/17

Eileen Raye, Public Minister                Date
Private American within a non-military occupied private estate
not subject to the jurisdiction of the "United States."
c/o Temporary Mail Location:
c/o P. O. Box 5043
on Hemet, on California
on North America – Zip excepted

1
2
3
4
5
6
7

district court of the United States, Eastern District of California

8
9

10 | AVETIS SARKIS KOSHKARYAN, *registered business entity*, and

11 | Case No.

12 | Koshkaryan, Avetis Sarkis, *name holder of registered business entity and real party in interest,*

Exhibit D

13 | Plaintiffs

DECLARATION IN SUPPORT OF VERIFIED AMENDED COMPLAINT BILL IN EQUITY

14 | v.

15 | Carolyn Kuhl, et al.,

16 | Defendants.

17

California state )

18 |        ) ss        **DECLARATION**

19 | Fresno county )

20

21 | I, Koshkaryan, Avetis Sarkis, Declarant, being over the age of majority, competent to testify, and having firsthand knowledge of the subject matter, do state the following is true and correct.

22 | 1.    Plaintiff AVETIS SARKIS KOSHKARYAN, in the above-captioned matter, is a government-
23 | created *cestui que trust* and a registered Trade Name/business entity.

24 | 2.    Declarant Koshkaryan, Avetis Sarkis is a Plaintiff and the true party of interest in the above-
25 | captioned matter, a living man, not an artificial entity, not a statutory U.S. citizen, and not a "person" as defined in government codes and statutes.

26 | 3.    Declarant/Plaintiff Koshkaryan, Avetis Sarkis is the registered name holder of the Trade
27 | Name/business entity "AVETIS SARKIS KOSHKARYAN," but not a trustee or surety for said Trade Name/business entity.

28

Declaration in Support of Verified Amended Complaint – Page 1

4.   Declarant Koshkaryan, Avetis Sarkis, is an injured party named in the administrative remedy, and the affiant who signed the Affidavit of Obligation. See Exhibits attached to the Amended Complaint.

5.   The defendants were properly served. See the Certificates of Service and the Certified Mail Receipts attached to each exhibit named above.

6.   Defendants were instructed as follows: "Mere denials will not suffice as an answer, and will be considered a non-response. Any reply to this *Affidavit of Obligation*, other than a verified point-for-point response sworn under full commercial liability, with supporting evidence attached, is deemed by agreement of the parties to be a willful non-response thus constituting your agreement to the claims herein and your acceptance of all liabilities in this matter."

7.   Defendants were additionally instructed as follows: "If you fail to exhibit a superior claim with evidence contradicting the allegations and facts stated herein, you agree to the issuance of Judgment in favor of the Claimant. Your failure to rebut this *Affidavit of Obligation* by affidavit of your own, answering on a point-for-point basis with attached evidence, will comprise your agreement that all issues are deemed settled res judicata, stare decisis, that you are collaterally estopped, that the matter is not subject to appeal, and you are agreeing to holding all liability in this instant matter. Failure to state a claim is irrevocable, having had the opportunity and failed to plead. The common law doctrine of estoppel by acquiescence is applied when one party gives legal notice to a second party of a fact or claim, and the second party fails to challenge or refute that claim within a reasonable time." [See Federal Rule of Civil Procedure Rule 55.]

8.   Defendants were instructed to reply to an outside mail location so that their response or non-response could be verified by my Third Party Witness, who has certified that she received no responses to any of the three mailings included in the administrative remedy. See Exhibit C, Notice of Default & Administrative Judgment/Certificate of Non Response.

9.   At no time did Declarant receive a valid response from the defendants, either addressed to Koshkaryan, Avetis Sarkis or to AVETIS SARKIS KOSHKARYAN.

10.  Declarant Koshkaryan, Avetis Sarkis, and his legal estate/trade name AVETIS SARKIS KOSHKARYAN, have been injured by the acts and actions of the defendants, as detailed within the private administrative remedy, which acts were directed to trade name/legal entity AVETIS SARKIS KOSHKARYAN, but actually committed directly against Koshkaryan, Avetis Sarkis, making the Declarant, the living man, the injured party.

11.  Contained within the Private Administrative Remedy/Affidavit of Obligation is a True Bill ledgering the defendants' law violations to the corresponding injuries caused to Declarant, to which defendants agreed by failure to object.

Further Declarant saith naught.

1

## **VERIFICATION**

2

I state, pursuant to the laws of God which forbid lying, but also forbid the making of an oath, that
3  the foregoing statements are true, correct and complete, in good faith and not meant to harass.

4     DATED this _____8_____ day of _March_____, 2017.

5

6     By . . . _____

7     . . . Koshkaryan, Avetis Sarkis, non-negotiable autograph
      Private American; agent without recourse, registered name holder of
8     KOSHKARYAN, AVETIS SARKIS,
      d/b/a AVETIS SARKIS KOSHKARYAN
9     c/o Temporary mail location:
      c/o #F77175
10    P.O. Box 8500
11    Coalinga, California  Zip code excepted

12

13                    QUORUM OF WITNESSES

14    Sworn to (or affirmed) and Subscribed before me this _____8_____ day of _March_____, 2017.

15

16    _____     Rivera, Jose
                                           24863 West Jayne Ave, Coalinga, California
17    Witness Signature                    Print witness name and location

18
                                           Oganes, Keshishyan
19    _____     24863 West Jayne Ave, Coalinga, California
20    Witness Signature                    Print witness name and location

21

22

23

24

25

26

27

28

Declaration in Support of Verified Amended Complaint – Page 3

Exhibit E

## Copy Certification by Document Custodian

on California        )
                      ) ss
on Riverside county  )


I, Eileen Raye, the undersigned Declarant, being over the age of 18 and competent to testify, and having firsthand knowledge of the facts stated herein, do hereby certify that the documents identified herein and attached to the Amended Complaint to which this Copy Certification is attached, are true and correct copies of records of acts, events and documents kept in regard to a regularly conducted activity, were made at the time the events occurred, are kept in the course of a regularly conducted activity of a business, are a regular practice of that activity, and are presented pursuant to Federal Rules of Evidence, Rule 803(6) Exceptions to the Rule Against Hearsay, and Rule 902(11) Evidence that is Self-Authenticating, and corresponding state Rules of Evidence. The attached documents are comprised of the following, in regard to Koshkaryan, Avetis Sarkis:

1.  *Affidavit of Obligation Claim No. AK2016-50706, Certificate of Service* and all attachments listed thereon;
2.  *Notice of Fault, Opportunity to Cure Claim No. AK2016-50706* and *Certificate of Service*;
3.  *Notice of Default & Administrative Judgment Nihil Dicit Claim No. AK2016-50706* and *Certificate of Service*.


I state, pursuant to the laws of God which forbid lying, but also forbid the making of an oath, that the foregoing statements are true, correct and complete, in good faith and not meant to harass.


*Eileen Raye*                                    __3/22/17__

Eileen Raye, Declarant and Public Minister        Date
c/o Temporary Mail Location
c/o P.O. Box 5043
on Hemet, on California  Zip excepted
on North America



# OFFICE OF THE SECRETARY OF STATE

# NEW MEXICO

## Certificate of Organization

OF

**AVETIS SARKIS KOSHKARYAN, LLC**

**5252059**

**New Mexico**

The Office of the Secretary of State certifies that the Articles of Organization, duly signed and verified pursuant to the provisions of the

**Limited Liability Company Act**                    **53-19-1 to 53-19-74 NMSA 1978**

have been received and are found to conform to law. Accordingly, by virtue of the authority vested in it by law, the Office of the Secretary of State issues this Certificate of Organization and attaches hereto a duplicate of the Articles of Organization.

Dated:  **July 18, 2016**

**In testimony whereof, the Office of the Secretary of State has caused this certificate to be signed on this day in the City of Santa Fe, and the seal of said office to be affixed hereto.**

**Brad Winter**
**Secretary of State**